# EXHIBIT I

**PRINCE LOBEL**

January 16, 2025

**VIA ELECTRONIC MAIL and FEDEX OVERNIGHT DELIVERY**

Kevin Cabaniss
VP, Legal Affairs / Head of Legal & Compliance
Airbus Helicopters, Inc.
2701 N. Forum Drive
Grand Prairie, Texas 75052
kevin.cabaniss@airbus.com

Alex Veneziano
Chief Administrative Officer
Airbus U.S. Space & Defense, Inc.
1525 Wilson Blvd, Suite 500
Arlington, VA 22209
alex.veneziano@airbus.com

RE:   Airbus's Unauthorized Use of Anaconda Products

Dear Messrs. Cabaniss and Veneziano:

Anaconda, Inc. retained this firm to replace its prior counsel at Jackson Walker in connection with Airbus's unauthorized use of Anaconda's products and services. In response to cease-and-desist letters Jackson Walker served on Airbus Helicopters, Inc. ("AHI") and Airbus U.S. Space & Defense, Inc. ("AS&D" and together with AHI, "Airbus"), the two of you served substantively identical letters on behalf of AHI and AS&D, acknowledging receipt of Jackson Walker's letters and promising to review Anaconda's demands and "respond in due course." It is our understanding that, since you served those letters on May 31, 2024, you have not further responded or had other communications with Jackson Walker. Please direct all future communications concerning this matter to me.

When a license held by Airbus Defence and Space expired in 2023, Airbus and its agent, SoftwareOne, requested a quote from Anaconda for a fifty-user license for "Airbus Group." In response, Anaconda representatives advised Airbus and SoftwareOne that its data, including server logs, reflected that Airbus's actual usage greatly exceeded fifty users. As Anaconda explained in February 2024, Airbus extensively accessed and downloaded packages and installers from Anaconda's proprietary repository – repo.anaconda.com – and mirrored the proprietary repository on its own local servers, which makes it impossible for Anaconda to determine the true number of Airbus users. For that reason, on February 27, 2024, Anaconda provided Airbus Group a quote for a one-year site license, which Anaconda requires of all customers that mirror its proprietary repository. For your convenience, I have enclosed a copy of that quote. At the same time, Anaconda served Airbus with a cease-and-desist letter demanding that, pending the parties' negotiation of a mutually agreeable license, Airbus cease all further use of and access to the proprietary repository.

After receiving the quote and cease-and-desist letter, Airbus feigned interest in a deal for three months until it advised Anaconda in May 2024 that it would no longer be using Anaconda's products.

Kevin Cabaniss
Alex Veneziano
January 16, 2025
Page 2

Meanwhile, Anaconda's data, including its server logs, confirms that Airbus not only continued to use Anaconda's products, including the proprietary repository, from February to May 2024, it has continued to access and use the proprietary repository from May 2024 to the present, which violates Anaconda's Terms of Service and infringes Anaconda's copyright.

We have enclosed data collected from Anaconda's server logs, which shows that Airbus made extensive use of the proprietary repository and mirrored the proprietary repository throughout 2024. The first two pages of the enclosed spreadsheet summarizes Airbus's use of the proprietary repository since March 2023, including IP addresses used to mirror the proprietary repository in 2023 and in 2024, both before and after Airbus claimed to be moving away from Anaconda. The rest of the spreadsheet includes a sample of data collected from the server logs, including IP addresses utilized by Airbus employees to access and use the proprietary repository.

It is important to note that this data is only a sample and does not capture the full extent of Airbus's use. For example, as mentioned above, the mirrors of the proprietary repository Airbus appears to host for the benefit of its users makes it impossible for Anaconda to determine or even estimate how many users, including virtual machines and containers, Airbus actually has. Airbus is not authorized to mirror the proprietary repository. Anaconda has repeatedly advised you and others at Airbus that Airbus's hosting of the repository requires a site license.

Based on the enclosed data, it appears that Airbus has attempted to deceive Anaconda and feigned interest in a site license to buy time so that it could download, install, and further mirror the proprietary repository before advising Anaconda that it would not purchase a license. For example, after receiving Anaconda's quote for a site license on February 27, 2024, Airbus appears to have performed a bulk download of packages from the proprietary repository the following month. As shown on the top row of the first page of the enclosed data, an Airbus domain in France downloaded an average of 1,124 packages per month between March 2023 and February 2024. The month after Airbus learned that Anaconda would insist that it pay for its actual usage and not a fifty-user license that bears no relationship to the benefit it obtains from its use of Anaconda's products, that same domain downloaded 28,711 packages. Similarly, Airbus's mirroring activity increased in February and March 2024 and then ceased until September and October.

While this data does not provide a full picture of Airbus's use, it is certainly sufficient to enable you and your colleagues at Airbus to confirm Airbus's installer and package downloads and its mirroring of the repository. It should also allow Airbus to review its own data to determine the full scope of Airbus's use of Anaconda's products, including the number of internal users who access Airbus's mirrors of the repository.

It is and has always been Anaconda's goal to reach an agreement with Airbus that reflects the value of Anaconda's products and that benefits both parties, as it has with hundreds of other, similarly situated technology companies (see, for example [a partial list of our partners](#)). To that end, Anaconda proposes a three-year site license in the amount of $9 million, which will include the right to mirror the proprietary repository.

If Airbus is unwilling to accept that proposal, Anaconda will be forced to seek legal remedies for Airbus's violations of Anaconda's intellectual property rights, its previous breaches of the now expired license, and its breach of Anaconda's Terms of Service.

Kevin Cabaniss
Alex Veneziano
January 16, 2025
Page 3

With the hope of avoiding more formal proceedings, please advise as to whether Airbus agrees to this proposal at your earliest convenience. If you have any questions or would like to discuss this matter further, please do not hesitate to contact me.

Sincerely,

*[signature]*

Adam R. Doherty
Prince Lobel Tye LLP
adoherty@princelobel.com


Enclosures

cc:     Matthew Vella