## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIRBUS SAS, AIRBUS DS      )
GOVERNMENT SOLUTIONS, INC., )
AIRBUS HELICOPTERS, INC.,     )
AIRBUS U.S. SPACE & DEFENSE, )   C.A. No. 25-178-CFC
INC., AIRBUS GROUP, INC., and )
AIRBUS DEFENCE AND SPACE  )
LTD.,                       )   **JURY TRIAL DEMANDED**
                           )
       Plaintiffs,      )   **REDACTED PUBLIC VERSION**
                           )
v.                     )
                           )
ANACONDA, INC.,        )
                           )
       Defendant.     )

## DEFENDANT ANACONDA, INC.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT

Defendant, Anaconda, Inc. ("Anaconda"), by and through its undersigned counsel, hereby submits the following Answer and Counterclaims in response to Plaintiffs' Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Group, Inc., and Airbus Defence and Space Ltd. (collectively, "Airbus Entities" or "Plaintiffs") Complaint for Declaratory Judgment.

Anaconda developed a technology that has become critical to the booming artificial intelligence ("AI") industry—one that is used by over 45 million users at over one million companies worldwide, including the Airbus Entities. For years,

one or more of the Airbus Entities bought licenses allowing them to use Anaconda's copyrighted and proprietary technology in connection with the Airbus Entities' software, products, and/or manufacturing, enabling them to bypass development that would have otherwise been required. The Airbus Entities stopped paying for those licenses, but they did not stop using Anaconda's technology—to this day, the Airbus Entities' software and products leverage Anaconda's copyrighted and proprietary technology. Anaconda brings the present counterclaims to put an end to, and seek just compensation for, the Airbus Entities' blatant and willful infringement of Anaconda's rights.

This is a straightforward case of copyright infringement of Anaconda's valuable intellectual property. The Airbus Entities intentionally leveraged Anaconda's technological innovations to improve their own products and gain market share by utilizing Anaconda's AI-focused technology to enhance their own offerings without having to invest in the development and testing to ensure reliability of the technology. Although the Airbus Entities have received, and continue to receive, commercial benefits from Anaconda's developments and intellectual property—including increased sales and unique product features without sacrificing quality and reliability—the Airbus Entities are refusing to pay a fair license for those same innovations.

Software developers, particularly in the data science, large language model, and AI fields, commonly rely on hundreds of different "packages" of open-source software, typically written in the Python or R programming languages, to build AI software applications, for example. Building a software application with packages in this manner is not unlike building a house—while it can save a lot of time to use component parts created by others, problems can arise when the different parts do not fit or are not compatible with each other. For instance, software packages may depend on other packages in the same way a roof depends on the walls of a house. Moreover, different versions of open-source packages may not be compatible with each other, particularly as the packages are modified and updated by different developers over time. So, in addition to confirming that all dependent packages are in place, a software developer must ensure that all packages used in a project are compatible with each other, similar to confirming through precise measurement that floorboards fit within a house's frame. Because the number of packages used to build complex software are often voluminous, those dependencies can become extraordinarily complicated. Further complicating this exercise, packages are created, updated, and maintained by disparate and independent teams who may change the packages at any time and do not always test or otherwise ensure the compatibility of their packages with other packages commonly used by software developers. Managing these dependencies and compatibilities in a large project

often entails making many different choices among different packages that can be built together, and can become overwhelmingly burdensome for an individual developer.

Anaconda solved this problem by building a software product called "conda," which Anaconda makes available to customers under an open-source software license. "conda" is a "package manager" that has the ability to ensure the installation of all dependent software packages, and verify the compatibility of all software packages, when building a development platform. But the conda program can only perform these functions if it is given conda-compatible software packages—that is, software packages with code added to them that the conda software can read.

Anyone can develop their own conda-compatible packages without paying Anaconda anything, and many companies do. But Anaconda recognized a need in the marketplace for someone to undertake the painstaking effort of creating conda-compatible versions of the open-source software packages most commonly used by data scientists and developers and keeping those packages updated and working reliably with each other as the disparate developers and maintainers of those packages make changes to the code. At extraordinary effort and expense, Anaconda wrote and has maintained over 8,000 (and counting) such conda-compatible packages. The "Anaconda Distribution," which is at issue here and has been registered with the U.S. Copyright Office, includes hundreds of the most popular

conda-compatible packages. Anaconda provides a free license to individuals, small businesses, small non-profits, and researchers at accredited universities to access the conda-compatible packages Anaconda developed. But Anaconda requires large companies that use its conda-compatible packages—like the Airbus Entities—to pay a license fee to use Anaconda's proprietary material for commercial purposes.

Certain Airbus Entities previously entered into license agreements with Anaconda and benefitted from Anaconda's developer tools and data science platforms, including the Anaconda Distribution and Anaconda's conda-compatible packages. Under those license agreements, at least some of the Airbus Entities availed themselves of Anaconda's technological innovations, used by over 45 million users of conda worldwide, and used Anaconda's proprietary material in connection with their own software and platforms. Other Airbus Entities took advantage of Anaconda's technological innovations without entering a commercial license agreement contrary to the requirements of Anaconda's Terms of Service, or by entering a license agreement but proceeding to exceed usage limits and/or mirror Anaconda's proprietary material unlawfully.

The license agreements between certain Airbus Entities and Anaconda expired, and the Airbus Entities failed to establish new licenses. The Airbus Entities could have chosen to develop their own conda-compatible software packages, but they did not. Instead, to this day, Anaconda has observed that computers associated

with one or more of the Airbus Entities continue to download and use Anaconda's conda-compatible packages without permission and without payment. Each of Anaconda's overtures to the Airbus Entities to establish a license have unfortunately been met with disregard. Instead of engaging with Anaconda to discuss a business solution, the Airbus Entities filed suit against Anaconda, seeking a declaratory judgment of noninfringement regarding Anaconda's copyright protecting Anaconda's unique technology.

Anaconda seeks to bring an end to the Airbus Entities' unlawful use and commercialization of Anaconda's valuable copyrighted material. Anaconda respectfully seeks an injunction, along with the other remedies described below, to stop the Airbus Entities' improper and willful acts of copyright infringement.

* * *

Anaconda denies all allegations in Airbus Entities' Complaint unless expressly admitted in the following paragraphs. Any admissions herein are for purposes of this matter only. Any factual allegation admitted below is admitted only as to the specific admitted facts, and not as to any purported conclusions, characterizations, implications, or speculations that might follow from the admitted facts. Anaconda does not respond to the unnumbered headings in the Complaint on pages 5, 8, 10, and 13, which appear to be an attempt to summarize paragraphs below those respective headings. Anaconda also reserves the right to amend or supplement

this Answer and raise additional defenses and/or counterclaims based on any additional facts or developments that become available or arise after the filing of this Answer.

## **NATURE OF THE ACTION**

1.    Anaconda admits that the Complaint purports to set forth an action under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and under the copyright laws of the United States, 17 U.S.C. § 101, *et seq*.

2.    Anaconda admits that the Airbus Entities seek a declaratory judgment that they have not infringed any valid copyright held by Anaconda, but Anaconda denies that any such relief is proper.

3.    Anaconda admits that it sent a formal demand on May 20, 2024 to Airbus U.S. Space & Defense, Inc., Airbus Defense and Space, Inc., Airbus Helicopters, Inc., and Airbus DS Government Solutions, Inc., respectively, requesting each entity to cease and desist unauthorized use of tools and resources provided by Anaconda in violation of Anaconda's Terms of Service and intellectual property rights. Anaconda admits that these letters included a reasonable demand for payment based on Airbus entities' egregious misappropriation of Anaconda's proprietary materials on a large scale without license or commercial agreement. Anaconda also admits that it sent a letter to both Airbus Helicopters, Inc. and Airbus U.S. Space & Defense, Inc. on January 16, 2025 (1) stating that these entities have

used, and continue to use, Anaconda's products, including Anaconda's proprietary repository, infringing Anaconda's copyright and in violation of Anaconda's Terms of Service; (2) proposing a three-year site license, which included the right to mirror the proprietary repository; and (3) indicating that if these companies are unwilling to accept that proposal, Anaconda would be forced to seek legal remedies for its breaches of contract and violations of Anaconda's intellectual property rights.  D.I. 1, Ex. I.  Anaconda denies the remaining allegations in paragraph 3.

4.     Anaconda admits that it has obtained a copyright for a work titled "Anaconda Distribution and Associated Packages Release 2024.02-01," registered with the U.S. Copyright Office as Registration No. TX-9-407-38.1 (the "Asserted Copyright").

5.     Anaconda admits that it has brought at least two lawsuits for, *inter alia*, infringement of the Asserted Copyright, one of which is still pending.  *See Anaconda, Inc. v. Dell, Inc.*, 1:24-cv-01527 (W.D. Tex.) (case closed as of March 18, 2025); *Anaconda, Inc. v. Intel Corporation*, 1:24-cv-00925 (D. Del.).

6.     Anaconda admits that Anaconda's Terms of Service released in 2020 placed payment and commercial use restrictions on some of Anaconda's public offerings, requiring non-government and non-educational entities with 200 or more employees to enter into a commercial license to use Anaconda's proprietary material.  Anaconda admits that it has sought relief from the legal system when

entities violate Anaconda's commercial use restrictions and infringe the Asserted Copyright. Anaconda admits that it has sent letters to one or more of the Airbus Entities, including at least Airbus Defense and Space, Inc., Airbus DS Government Solutions, Inc., Airbus U.S. Space & Defense, Inc., and Airbus Helicopters, Inc., notifying them of their violation of Anaconda's Terms of Service and infringement of Anaconda's intellectual property. Anaconda denies the remaining allegations in paragraph 6.

7. Anaconda admits that an actual, substantial, and immediate controversy of sufficient immediacy and reality exists between Anaconda and the Airbus Entities over at least one or more of the Airbus Entities' infringement of Anaconda's Asserted Copyright. Anaconda denies the remaining allegations in paragraph 7.

## **JURISDICTION**

8. Anaconda admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), and that this action arises under the copyright laws of the United States, Title 17 of the United States Code, but denies that Airbus Entities are entitled to any relief.

9. Anaconda admits that for purposes of this action only, this Court has personal jurisdiction over it. Anaconda admits that Exhibit C is a copy of Anaconda's March 31, 2024 Terms of Service, which speaks for itself. Anaconda

admits that this action arises out of and relates to the Airbus Entities' use of the Anaconda Distribution in violation of Anaconda's intellectual property rights.

## VENUE

10.    Anaconda admits that for purposes of this action only, venue is proper pursuant to 28 U.S.C. § 1391(b).

11.    Anaconda admits that for purposes of this action only, venue is proper pursuant to 28 U.S.C. § 1400(b).

## PARTIES

12.    Anaconda lacks sufficient information to admit or deny the allegations of paragraph 12 and on that basis denies them.

13.     Anaconda lacks sufficient information to admit or deny the allegations of paragraph 13 and on that basis denies them.

14.     Anaconda lacks sufficient information to admit or deny the allegations of paragraph 14 and on that basis denies them.

15.     Anaconda lacks sufficient information to admit or deny the allegations of paragraph 15 and on that basis denies them.

16.     Anaconda lacks sufficient information to admit or deny the allegations of paragraph 16 and on that basis denies them.

17.     Anaconda lacks sufficient information to admit or deny the allegations of paragraph 17 and on that basis denies them.

18.    Anaconda admits that for purposes of this Answer only, the phrase "Airbus Entities" refers to the companies identified in paragraphs 12–17 of the Complaint.  Anaconda is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 18 and therefore denies them.

19.    Anaconda admits that Anaconda, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Austin, Texas.

## FACTUAL BACKGROUND

20.    Anaconda admits that Python is a programming language that was first released in or around 1991.  Anaconda admits that the Python programming language is governed by open source licenses.  Anaconda denies the remaining allegations in paragraph 20.

21.    Anaconda admits that a large ecosystem has grown up around the Python programming language.  Anaconda admits that many, but not all, Python projects, libraries, and applications are available for download on the Internet. Anaconda admits that many, but not all, Python projects, libraries, and applications are released under open-source licenses that grant users certain rights to use, modify, and distribute the software without payment of money.  Anaconda admits that NumPy is a package for scientific computing in Python.  Anaconda admits there are

versions of NumPy outside Anaconda packages that are currently licensed under the BSD-3-Clause open source license. Anaconda admits that Python projects, libraries, and applications can be organized into modules called "packages." Anaconda denies the remaining allegations in paragraph 21.

22. Anaconda admits that software developers working with Python programs may use a variety of programs and tools besides Anaconda-developed software for installing Python packages, creating environments for program execution, and managing package dependencies. Anaconda admits that "pip" is one tool for installing Python packages, and that "pip" is included with modern releases of Python. Anaconda admits that "conda" is a powerful command line tool for package and environment management. Anaconda lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 22, and on that basis denies them.

23. Anaconda admits that conda was created by Anaconda, then known as Continuum Analytics, in 2012. Anaconda admits that conda is a package management system available on the Internet for use, subject to at least Anaconda's Terms of Service. Anaconda admits that while conda is currently licensed under the BSD-3-Clause license, access to and use of the Anaconda Distribution, which contains conda, is subject to at least Anaconda's Terms of Service and End User

License Agreement.  Anaconda admits that its website speaks for itself.  Anaconda denies any remaining allegations in paragraph 23.

24.     Anaconda admits that a conda "channel" is a location where conda packages are stored.  Anaconda admits that conda can be configured to access any number of channels, including those maintained by entities other than Anaconda, and that conda can then install packages from those channels.  Anaconda admits that conda channels are typically hosted on a server and are often accessible over the Internet, although the mere fact that a channel is accessible over the Internet does not mean that the packages hosted on that channel are free to use without a license or authentication.  Anaconda admits that conda channels are sometimes referred to as "repositories."  Anaconda admits that there are several ways to configure public and private channels with different characteristics and permissions.  Anaconda denies any remaining allegations in paragraph 24.

25.     To the extent the allegations of paragraph 25 paraphrase or characterize the contents of the conda-build Documentation (D.I. 1, Exhibit D), the document speaks for itself and Anaconda denies any allegation inconsistent therewith.  Anaconda admits that the metadata contained in a package contains information about the package.  Anaconda admits that conda packages are subject to certain specifications but denies that the package "metadata" or any other part of a package is predetermined or does not reflect the choices or discretion of the creator of the

package.  Anaconda denies that a person "seeking to publish a Python package that can be downloaded and updated with the conda application has no choice but to follow the specification, or else the package at issue will not work with conda." Anaconda denies any remaining allegations in paragraph 25.

26.    Anaconda admits that programmers can configure conda to access different conda "channels" with different permissions.  Anaconda admits that some conda channels can be publicly accessed.  Anaconda specifically denies that the fact that some channels are publicly accessible necessarily means that there are "no protections" for the packages accessible through such channels.  Anaconda denies the remaining allegations in paragraph 26.

27.    Anaconda admits that it hosts conda channels that are publicly accessible.   Anaconda admits that it hosts conda channels that have token authentication requirements for access.   Anaconda denies that by making any channels publicly accessible, such channels have "no protections," including at least because those packages are still protected by copyright and that access to and/or use of hundreds of the most popular conda-compatible packages in the Anaconda Distribution are subject to at least Anaconda's Terms of Service and End User License Agreement.  Anaconda denies any remaining allegations in paragraph 27.

28.    Anaconda admits that Anaconda hosts channels collectively referred to as the "Anaconda Default Channels."  Anaconda admits that the Anaconda Default

Channels can be publicly accessed, but access to and/or use of the Anaconda Default Channels is subject to at least Anaconda's Terms of Service. Anaconda denies the remaining allegations of paragraph 28.

29. Anaconda admits that Anaconda hosts a channel called "conda-forge," separate from the Anaconda Default Channel, which is community maintained. Anaconda admits conda-forge is publicly accessible without credentials, subject to at least Anaconda's Terms of Service. Anaconda denies the remaining allegations in paragraph 29.

30. To the extent the allegations of paragraph 30 seek to paraphrase or characterize contents of the complaint from *Anaconda, Inc. v. Dell, Inc.*, 1:24-cv-01527 (W.D. Tex.), the document speaks for itself. Anaconda admits that Anaconda Distribution currently includes:

- Over 300 default software packages curated for data science, machine learning, and data visualization, and the ability to access and download over 8,000 packages, all pre-configured and ready for deployment on Anaconda's platform;

- conda (Anaconda's cross-platform, language-agnostic command line package and environment manager);

- The latest version of the Python programming language supported by the Anaconda Distribution; and

15

- Anaconda Navigator (a graphical user interface for launching and managing packages and environments).

Anaconda denies the remaining allegations in paragraph 30.

31.    Anaconda admits that it publicly hosts the Anaconda Default Channels and provides the Anaconda Distribution, subject to at least Anaconda's Terms of Service and End User License Agreement.  Anaconda admits it publicly hosts the conda-forge channel, from which packages may be downloaded without providing credentials or paying a fee, subject to at least Anaconda's Terms of Service.  Anaconda denies the remaining allegations in paragraph 31.

32.    Anaconda admits that it licenses the Anaconda Distribution through license agreements, including Anaconda's Terms of Service which Anaconda publishes on its website.  Anaconda denies any remaining allegations in paragraph 32.

33.    Anaconda admits that it, like many businesses, from time to time, updated its Terms of Service which govern accessibility and use of its products and software.  Anaconda denies any remaining allegations in paragraph 33.

34.    To the extent the allegations of paragraph 34 paraphrase or characterize the contents of the document at Exhibit E to the Complaint, the document speaks for itself.  Anaconda admits that the document at Exhibit E to the Complaint is the "Anaconda End User License Agreement" from 2012.  Anaconda denies that Exhibit

E to the Complaint is relevant to the claims articulated by the Airbus Entities or the Counterclaims asserted by Anaconda.  Anaconda denies any remaining allegations in paragraph 34.

35.    To the extent the allegations of paragraph 35 characterize the contents of the document at Exhibit F to the Complaint, the document speaks for itself. Anaconda admits that the document at Exhibit F to the Complaint is Anaconda's Terms of Service dated March 26, 2020.  Anaconda denies any remaining allegations in paragraph 35.

36.    To the extent the allegations of paragraph 36 characterize the contents of the document at Exhibit G to the Complaint, the document speaks for itself. Anaconda admits that the document at Exhibit G to the Complaint is Anaconda's Terms of Service dated October 29, 2020.   Anaconda denies the remaining allegations in paragraph 36.

37.    Anaconda admits that it revised Anaconda's Terms of Service on April 2, 2023 and March 31, 2024.  Anaconda admits that the document at Exhibit H to the Complaint is Anaconda's Terms of Service as updated on April 2, 2023. Anaconda admits that the document at Exhibit C to the Complaint is Anaconda's Terms of Service as updated on March 31, 2024.  To the extent the allegations of paragraph 37 characterize the contents of the documents at Exhibit C and Exhibit H to the Complaint, the documents speak for themselves, and Anaconda denies the

allegations to the extent that they are inconsistent with that document.  Anaconda denies any remaining allegations in paragraph 37.

38.     To the extent the allegations of paragraph 38 paraphrase or characterize the contents of the document at Exhibit C to the Complaint, the document speaks for itself, and Anaconda denies the allegations to the extent that they are inconsistent with that document.  Anaconda denies the remainder of paragraph 38.

39.     Anaconda admits that it amended Anaconda's Terms of Service in March of 2020 to include a paid license requirement for commercial users like Airbus, which took effect on April 30, 2020.  Anaconda denies the remaining allegations in paragraph 39.

40.     Anaconda admits that in some instances, it tracked IP addresses that accessed and downloaded packages and installers from repo.anaconda.com before Anaconda changed Anaconda's Terms of Service in March of 2020.  Anaconda lacks knowledge or information to form a belief about the truth of the remaining allegations of paragraph 40, and on that basis denies them.

41.     Denied.

42.     Anaconda admits that it appointed a new CEO in January of 2024. Anaconda denies the remaining allegations in paragraph 42.

43.     Anaconda admits it filed the following lawsuits: *Anaconda, Inc. v. Dell, Inc.*, 1:24-cv-01527 (W.D. Tex.); *Anaconda, Inc. v. Intel Corp.*, 1:24-cv-00925 (D.

Del.); *Anaconda Inc. v. Alibaba Grp. Holding Ltd.*, D-1-GN-24-002361 (Tex. Dist. Ct. 419th). To the extent the allegations of paragraph 43 characterizes the nature of those lawsuits, the operative complaints speak for themselves and Anaconda denies the allegations to the extent that they are inconsistent with those complaints. Anaconda denies any remaining allegations in paragraph 43.

44.    Anaconda admits that it has notified other companies of their violations of Anaconda's Terms of Service and copyright infringement. Anaconda lacks knowledge or information sufficient to form a belief about the "publicly reported" information referred to in paragraph 44, and on that basis denies that allegation. Anaconda denies the remaining allegations of paragraph 44.

45.    Anaconda admits that Anaconda has had commercial discussions with at least some of the Airbus Entities in the past. Anaconda admits that Airbus Defence and Space Ltd. previously entered into a licensing agreement with Anaconda. Anaconda admits that Anaconda and counsel representing Anaconda have sent letters to one or more Airbus Entities, including at least Airbus Helicopters, Inc. and Airbus U.S. Space & Defense, Inc., alerting them to their violation of Anaconda's Terms of Service and infringement of the Asserted Copyright. To the extent the allegations of paragraph 45 characterize the contents of the letters between Anaconda and certain Airbus Entities, those letters speak for themselves, and Anaconda denies the allegations to the extent that they are

inconsistent with those letters. Anaconda denies the remaining allegations in paragraph 45.

46. Anaconda admits that Anaconda and counsel representing Anaconda have sent letters to one or more Airbus Entities, including at least Airbus Helicopters, Inc. and Airbus U.S. Space & Defense, Inc., alerting them to their violation of Anaconda's Terms of Service and infringement of the Asserted Copyright. Anaconda admits that it, directly or through counsel, sent correspondence to certain Airbus entities on February 27, 2024, May 20, 2024, and January 16, 2025. To the extent the allegations of paragraph 46 characterize the contents of that correspondence, those letters speak for themselves. Anaconda denies the allegations of paragraph 46 to the extent they are inconsistent with those letters. Anaconda denies any remaining allegations in paragraph 46.

47. Anaconda admits that it sent a letter to Airbus Helicopters, Inc. and Airbus U.S. Space & Defense, Inc. on January 16, 2025, reflected at Exhibit I to Airbus Entities' Complaint. D.I. 1, Ex. I. To the extent the allegations of paragraph 47 characterize the contents of that correspondence, the letter speaks for itself, and Anaconda denies the allegations to the extent that they are inconsistent with that letter. Anaconda lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 47, and on that basis denies them.

48.     Anaconda admits Alistair Scott, Vice President, Intellectual Property, at Airbus Group emailed a former Anaconda employee on October 4, 2024 pursuant to Federal Rule of Evidence 408, but no other Anaconda employees or outside counsel were included on that email, despite the March 31, 2024 Terms of Service requiring that any notices regarding the Terms of Service be "sent to Anaconda, Inc., Attn: Legal at 1108 Lavaca Street, Suite 110-645 Austin, TX 78701 and legal@anaconda.com."  D.I. 1, Ex. C at § 15.13.  Anaconda lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 48, and on that basis denies them.

49.     Anaconda admits that it requested information from one or more of the Airbus Entities regarding usage in connection with Anaconda's licensing correspondence.  Anaconda admits that it has made reasonable monetary demands in light of the Airbus Entities' infringement and violation of Anaconda's license agreement, and sought to ensure that the Airbus entities ongoing use of Anaconda's proprietary software is properly licensed.   Anaconda denies the remaining allegations in paragraph 49.

50.     Denied.

51.     Denied.

52.     Anaconda admits that the Anaconda Distribution includes conda, Anaconda's cross-platform, language-agnostic command line package and

environment manager. Anaconda admits that while conda is currently licensed under the BSD-3-Clause license, access to and use of the Anaconda Distribution, which contains conda, is subject to at least Anaconda's Terms of Service and End User License Agreement. Anaconda denies the remaining allegations of paragraph 52.

53. To the extent the allegations contained in paragraph 53 call for a legal conclusion, no response is required. To the extent a response is required, Anaconda denies the allegations contained in paragraph 53.

54. To the extent the allegations contained in paragraph 54 call for a legal conclusion, no response is required. To the extent this paragraph of the Complaint purports to quote Anaconda's complaint in *Anaconda, Inc. v. Dell, Inc.*, 1:24-cv-01527 (W.D. Tex.), that document speaks for itself. Anaconda denies any allegations inconsistent with that complaint. Anaconda denies the remaining allegations in paragraph 54.

55. To the extent the allegations contained in paragraph 55 call for a legal conclusion, no response is required. To the extent this paragraph of the Complaint purports to quote Anaconda's complaint in *Anaconda, Inc. v. Dell, Inc.*, 1:24-cv-01527 (W.D. Tex.), that document speaks for itself. Anaconda denies any allegations inconsistent with that complaint. Anaconda denies the remaining allegations in paragraph 55.

56.     Anaconda admits that conda is part of the Anaconda Distribution. Anaconda admits that conda is currently licensed under the BSD-3-Clause License, although access to and use of the Anaconda Distribution, which contains conda, is subject to at least Anaconda's Terms of Service and End User License Agreement. Anaconda admits that its website speaks for itself.  Anaconda denies the remaining allegations in paragraph 56.

## COUNT ONE
### (Declaratory Judgment of No Copyright Infringement)

57.     Anaconda incorporates by reference its responses to paragraphs 1 through 56 as if fully set forth herein.

58.     Denied.

59.     Admitted that there is an actual controversy with respect to whether one or more of the Airbus Entities infringe a valid copyright owned by Anaconda.

60.     Denied.

61.     Denied.

62.     Denied.

63.     Denied.

64.     Denied.

65.     Anaconda admits that the Airbus Entities seek a declaration that the Airbus Entities cannot have infringed the Asserted Copyright.  Anaconda denies the remaining allegations in paragraph 65.

66.    To the extent allegations contained in paragraph 66 require a response, Anaconda denies that such a declaration is appropriate.  Anaconda denies the remaining allegations in paragraph 66.

## PRAYER FOR RELIEF

67.    To the extent any response is required to any paragraph of the Airbus Entities' Prayer for Relief, Anaconda denies that the Airbus Entities are entitled to any of the requested relief or any other remedy or relief whatsoever and therefore denies any allegations in its Prayer for Relief.

## AFFIRMATIVE DEFENSES

1.    Subject to the responses above, on information and belief, Anaconda alleges and asserts at least the following defenses in response to the Airbus Entities' allegations, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are named herein.  In addition to the defenses described below, subject to the responses above, Anaconda specifically reserves all rights to allege additional defenses that are not required to be pleaded or that become known through the course of discovery.

## FIRST DEFENSE
## (Failure to State a Claim)

2.    The Airbus Entities' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE
### (No Costs or Attorneys' Fees)

3.      The Airbus Entities cannot prove entitlement to costs and/or attorneys

fees pursuant to 17 U.S. Code § 505.

## THIRD DEFENSE
### (Other Defenses)

4.      Anaconda reserves the right to supplement or amend this Answer and

reserves all defenses set out in Rule 8(c) of the Federal Rules of Civil Procedure, the

Copyright Laws of the United States, and any other defenses, at law or in equity,

which become applicable during the course of discovery or otherwise in the course

of litigation.

## COUNTERCLAIMS

For its counterclaims against the Airbus Entities, Anaconda alleges as follows:

### NATURE OF THE ACTION

1.      Anaconda's Counterclaims arise under the copyright laws of the United States 17 U.S.C. § 101, *et seq* and for breach of contract arising under state law.

### PARTIES

2.      Counterclaim-Plaintiff Anaconda is a corporation organized and existing under the laws of Delaware, with its principal place of business in Austin, Texas.

3.      On information and belief, Counterclaim-Defendant Plaintiff Airbus SAS is a *société par actions simplifiée* organized and existing under the laws of France, with its principal place of business in Blagnac, France.

4.      On information and belief, Counterclaim-Defendant Airbus DS Government Solutions, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Plano, Texas.

5.      On information and belief, Counterclaim-Defendant Airbus Helicopters, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Grand Prairie, Texas.

6.      On information and belief, Counterclaim-Defendant Airbus U.S. Space & Defense, Inc. is a corporation organized and existing under the laws of Delaware,

with its principal place of business in Arlington County, Virginia. Airbus U.S. Space & Defense, Inc. was formerly named "Airbus Defense and Space, Inc."

7.     On information and belief, Counterclaim-Defendant Airbus Group, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business in Fairfax County, Virginia.

8.     On information and belief, Counterclaim-Defendant Airbus Defence and Space Ltd. is a limited company organized and existing under the laws of the United Kingdom, with its principal place of business in Hertfordshire, England.

9.     Together, Counterclaim-Defendants are referred to as the "Airbus Entities."

## JURISDICTION AND VENUE

10.     The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11.     This Court has personal jurisdiction over the Airbus Entities because they consented to personal jurisdiction by filing their action for declaratory judgment of no copyright infringement in this Court, in response to which these counterclaims are asserted.

12.     Venue is proper in this jurisdiction with respect to Counterclaim-Defendants Airbus Group, Inc., Airbus U.S. Space & Defense, Airbus Helicopters, Inc., and Airbus DS Government Solutions, Inc. under 28 U.S.C. § 1400(a) because

Counterclaim-Defendants Airbus Group, Inc., Airbus U.S. Space & Defense, Airbus Helicopters, Inc., and Airbus DS Government Solutions, Inc. are residents of the state of Delaware through their incorporation under the laws of this state.

## FACTUAL BACKGROUND
### Conda Packages and the conda Ecosystem

13.    Anaconda is a privately held American company founded in 2012 to simplify the management and deployment of scientific and analytic software packages so that researchers and businesses can easily leverage those data science packages in business data solutions.  Thanks to Anaconda's innovations, including those described in this document, the demand for Anaconda's offerings has expanded.  Today, Anaconda's footprint includes over 45 million users at more than one million companies worldwide.

14.    Scientists, engineers, and researchers, particularly in the field of AI and machine learning, commonly use independently developed and maintained software packages to perform operations critical to their research and work.  These "packages" are collections of software modules and functions that software developers can re-use to perform common tasks.  For example, a developer performing a data analysis might want to use any number of common open-source packages—e.g., "pandas," a data analysis and manipulation tool, "NumPy," a tool that manipulates large arrays of numbers, and "SciPy," a tool that provides various mathematical modules used in science and engineering—to read and write data,

perform numerical integration and interpolation, and use linear algebra, without having to write the necessary source code from scratch. Developers commonly utilize and combine any number of these separate packages together in a single project, often using a development "environment" containing a specific collection of packages that a developer has installed. By using different environments for different projects, software developers ensure that packages within one environment remain independent of, and are unaffected by, packages used in another environment, much as using different user profiles on a computer allows users to keep their files and settings separated from those of other users. But packages do not always work well when installed together in the same environment, resulting in errors, security flaws, program failure, or inaccurate or unpredictable results.

15.    Anaconda observed that data science programmers, for example, struggled to develop new programs and research because the hundreds—if not thousands—of individual software packages used in scientific computing were created and maintained by different organizations and individuals. In 2012, long before the current explosion of machine learning and AI development, Anaconda developed conda, an open-source package-management system and environment management system designed to help programmers conduct scientific computing. Rather than leaving troubleshooting compatibility among and between packages to the individual software developer, conda automatically analyzes all of the software

packages installed in a software environment, identifies all dependencies and compatibilities, and warns the developer if the packages cannot be installed together in a compatible way.

16.    The conda package- and environment-management software is free and open source. But there is much more to using conda than just installing the conda software itself. In order to use packages in the conda environment, a user must install conda-compatible packages, or versions of software packages that have been specially prepared for the conda environment. Anyone can build a conda-compatible package, which contains the underlying software distribution for the package, compiled objects for the package, a package-building recipe, and associated files enabling use of the package within the conda environment. But Anaconda created over 8,000 conda-compatible packages at considerable effort and expense that support applications including, for example, data science and AI. These conda-compatible packages in the Anaconda repository and Anaconda Distribution are free to use by an organization unless it has 200 or more employees, as described in Anaconda's Terms of Service.

17.    Anyone can also create a conda "channel," or a location where conda-compatible packages are stored and can be downloaded by others. For example, "Bioconda" is a conda channel hosted by a volunteer community that contains

conda-compatible packages related to biomedical research that are created by individual contributors, not Anaconda.

## The Anaconda Distribution

18.     One of Anaconda's most popular offerings, the Anaconda Distribution, provides everything a software developer needs to quickly get started programming by including the most commonly used data science, AI, machine learning conda-compatible packages, and all the software needed to use those packages in a conda environment.   The Anaconda Distribution bundles popular conda-compatible packages that enable a user-friendly experience with conda and configures those packages so that they are easy to install and use.   The Anaconda Distribution currently includes access to:

- Over 300 default software packages curated for data science, machine learning, and data visualization, and the ability to access and download over 8,000 packages, all pre-configured and ready for deployment on Anaconda's platform;

- conda (Anaconda's cross-platform, language-agnostic command line package and environment manager);

- The latest version of the Python programming language supported by the Anaconda Distribution; and

- Anaconda Navigator (a graphical user interface for launching and managing packages and environments).

19.     The over 300 conda-compatible packages in the Anaconda Distribution reflect the heart of the Anaconda Distribution and Anaconda's offerings.   The Anaconda repository also offers thousands of additional conda-compatible versions of packages for research and development in AI, machine learning, and other data science.  Although the underlying software packages contained within the Anaconda Distribution may be open source, the conda-compatible versions of those packages included within the Anaconda Distribution include material created by Anaconda developers, at significant burden and expense, reflecting creative choices by those developers.  Anaconda securely hosts its conda-compatible packages and maintains, methodically tests, and updates the conda-compatible versions of those packages in the Anaconda Distribution and the Anaconda repository.  All packages and libraries in the Anaconda Distribution and the Anaconda repository are pre-configured by Anaconda to ensure that the packages work with each other in a conda environment securely and without errors.   Anaconda tracks changes to the conda-compatible packages and libraries it makes available, and Anaconda updates the Anaconda Distribution to ensure that any changes to underlying packages are accounted for and any necessary dependencies or conflicts are updated.

20.     Anaconda's conda-compatible packages in the Anaconda Distribution and the Anaconda repository also provide Anaconda's users with the ability to manage their environments and ensure that packages continue to operate as expected and without errors when software is changed and updated.  For example, when a new version of a given package is released that is incompatible with a prior version of a different package, conda will warn a user about this incompatibility before updating the package.  The pre-configured conda-compatible packages available through the Anaconda Distribution and the Anaconda repository include proprietary instructions developed by Anaconda that reflect information concerning package management, tracking, and security.   While a programmer could separately download, compile, install, and test conda and the hundreds (if not thousands) of separately maintained software packages for compatibility, it would be burdensome for an individual programmer to undertake such a task. Since Anaconda's proprietary instructions within the Anaconda Distribution and the Anaconda repository ensure package compatibilities, users are no longer distracted by package management issues and can instead focus on using the packages for their own projects.

21.     Curating and updating the Anaconda Distribution described above requires significant time and expense, and a substantial amount of network infrastructure and bandwidth is needed to make these repositories available to

millions of Anaconda users on a daily basis.  To keep up with the demand of offering its products to the public, in or about March 2020, Anaconda determined that it would be necessary to charge large commercial enterprises a licensing fee for the right to use the Anaconda Distribution.

22.     Anaconda makes the Anaconda Distribution available to the public for download, subject to Anaconda's Terms of Service.  Packages within the Anaconda package repository are also available for download, subject to the Anaconda's Terms of Service.  Anaconda's March 31, 2024 Terms of Service specify that "registration, download, use, installation, access, or enjoyment of all Anaconda Offerings on behalf of an organization that has two hundred (200) or more employees or contractors ('Organizational Use') requires a paid license of Anaconda Business or Anaconda Enterprise."[1]  Anaconda's public pricing page also specifies up front that "Use of Anaconda's Offerings at an organization of more than 200 employees requires a Business or Enterprise license."[2]  Additionally, Anaconda's March 31, 2024 Terms of Service specify that, upon termination of a paid Anaconda license, a former licensee must "stop using the Anaconda Offering(s) and destroy any copies of Anaconda Proprietary Technology and Confidential Information within Your control."

---

[1] https://legal.anaconda.com/policies/en?name=terms-of-service#terms-of-service

[2] https://www.anaconda.com/pricing

**Anaconda's Revised Terms of Service**

23.     In March 2020, Anaconda revised its terms of service.     While individuals and small businesses were still able to use the Anaconda Distribution for free, the updated Terms of Service required certain larger companies to purchase a license to use it.

24.     As set forth below, the Airbus Entities have registered to, used, installed, downloaded, accessed, and/or mirrored the Anaconda Offerings without authorization.  Anaconda revised its Terms of Service on March 26, 2020 ("March 2020 Terms of Service"), October 29, 2020 ("October 2020 Terms of Service"), April 2, 2023 ("April 2023 Terms of Service"), and March 31, 2024 ("March 2024 Terms of Service").  These four versions of the Terms of Service are collectively referred to as "Anaconda's Terms of Service."  Since at least 2020, Anaconda's Terms of Service have been publicly available on its website.

25.     Users agree to Anaconda's Terms of Service when they register to, use, install, download, or access the Anaconda Offerings.  For example, the March 2020 Terms of Service state "YOUR USE OF THE REPOSITORY SIGNIFIES AND CONSTITUTES YOUR ACCEPTANCE OF THIS AGREEMENT."  D.I. 1, Ex. F. The October 2020 Terms of Service state that "YOUR USE OF THE REPOSITORY SIGNIFIES AND CONSTITUTES YOUR ACCEPTANCE OF THIS AGREEMENT."  D.I. 1, Ex. G.  The April 2023 Terms of Service state "YOU

ACKNOWLEDGE THAT THESE TOS ARE BINDING, AND YOU AFFIRM AND SIGNIFY YOUR CONSENT TO THESE TOS, BY: (I) CLICKING A BUTTON OR CHECKBOX, (II) SIGNING A SIGNATURE BLOCK SIGNIFYING YOUR ACCEPTANCE OF THESE TOS; AND/OR (III) REGISTERING TO, USING, OR ACCESSING THE CLOUD OFFERINGS, WHICHEVER IS EARLIER." D.I. 1, Ex. H. The March 2024 Terms of Service state that "You hereby acknowledge that these TOS are binding, and You affirm and signify your consent to these TOS by registering to, using, installing, downloading, or accessing the Anaconda Offerings effective as of the date of first registration, use, install, download or access." D.I. 1, Ex. C.

26.    Since March 2020, Anaconda has placed certain commercial restrictions on use of its proprietary material in the Anaconda Distribution and the packages within the Anaconda package repository. Anaconda's Terms of Service expressly prohibited large commercial entities—those with 200 or more employees—from using the Anaconda Distribution without purchasing a license. At all relevant times, Anaconda's Terms of Service also expressly prohibited the Airbus Entities from downloading or mirroring Anaconda's repositories.[3]

---

[3] "Mirroring" means to create an exact duplicate or copy of an entire repository, which is then used to supply individual packages to multiple end-users and is updated periodically based on updates to the original repository. As set forth below, on information and belief, one or more of the Airbus Entities have repeatedly mirrored Anaconda's proprietary material and stored complete copies on its own servers. Employees of the Airbus Entities can then use these internal "mirrors" to access

27.     Anaconda's March 2020 Terms of Service state that "[t]o ensure that we can continue providing the Repository, a resource for the entire community, we are not granting you permission to use our community site for large-scale commercial activities, such as downloading or mirroring the Repository."  D.I. 1, Ex. F.  Anaconda's March 2020 Terms of Service further state:

> Your use of the Repository must always comply with applicable law and the other terms of this Agreement. In particular, but without limitation, you agree not to:
>
> > (a) Engage in commercial activities, such as marketing the contents of the Repository or utilizing the Repository in a way that could degrade the ability of our other community members to use the Repository;
> >
> > (b) Create mirrors of the Repository for commercial purposes, without express permission;
> >
> > (c) Republish material from the Repository, including republication on another website or creating a public or private mirror without express permission from Anaconda; or
> >
> > (d) Sell, rent or sub-license material from the Repository.

*Id.* at 1-2.

28.     In April 2020, Anaconda announced a change to Anaconda's Terms of service "as a response to the dramatic increase in usage and adoption of Python and Anaconda among commercial users over the last few years" and asked "commercial

---

Anaconda's proprietary technology, bypassing Anaconda's servers. By mirroring Anaconda's proprietary technology and redistributing their contents to its end-users, the Airbus Entities have effectively concealed the extent of its use from Anaconda.

users who heavily rely on our packaging & distribution efforts to purchase our commercial repository software." Ex. A.

29.    Anaconda revised the terms of service effective October 29, 2020. Anaconda's October 2020 Terms of Service state that Anaconda does not "grant[] permission to use the Repository for commercial activities … or in a way that could negatively impact other users, such as downloading or mirroring the entire Repository." D.I. 1, Ex. G at 1-2.  To avoid confusion, the October 2020 Terms of Service also explain that prohibited "commercial activities" include any use of the Proprietary Repositories by an entity with more than 200 employees. *Id.* at 2.  The October 2020 Terms of Service further state:

> Your use of the Repository must always comply with applicable law and the terms of this Agreement. In particular, but without limitation, you agree not to use the Repository to:
>
> - Mirror the Repository or create a cache via any automated means including as prohibited below under the heading "Access and Interference";
>
> - Engage in commercial activities to market the Repository or a material portion of its contents or engaging in activities which encourage the use of the Repository in a manner that violates this Agreement, or utilizing the Repository in a way that could degrade the ability of our other community members to use the Repository;
>
> - Republish any material portion of the Repository in a manner competitive with the offering by Anaconda, including republication on another website or creating a public or private mirror without express permission from Anaconda (For private mirrors, we encourage you to

contact Anaconda at termsofservice@anaconda.com for more information about Anaconda Enterprise); or

- Sell, rent or sub-license material from the Repository.

*Id.* at 1-2.

30.    Anaconda's April 2023 Terms of Service include a similar prohibition, requiring that organizations with over 200 employees to take a license to use Anaconda's technology.   The April 2023 Terms of Service state:

> You may not use Free Offerings for commercial purposes, including but not limited to external business use, third-party access, Content mirroring, or use in organizations over two hundred (200) employees (unless such use is for an Educational Purpose) (each a "Commercial Purpose"). Using the Free Offerings for a Commercial Purpose requires a Paid Plan with Anaconda

D.I. 1, Ex. H at § 1.1(a)(i)(b).

31.    The April 2023 Terms of Service also continued to prohibit mirroring and other conduct that circumvents contractual usage limits or access.  Specifically, the April 2023 Terms of Service provide:

> 5.2 YOUR RESTRICTIONS. You will not (a) make any Cloud Offerings available to anyone other than You or your Authorized Users, or use any Cloud Offerings for the benefit of anyone other than You or your Affiliates, unless expressly stated otherwise in an Order or the Documentation, (b) sell, resell, license, sublicense, distribute, rent or lease any Clous Offerings except as expressly permitted if you have rights for Embedded Use, or include any Cloud Offerings in a service bureau or outsourcing Cloud Offering, . . . (f) attempt to gain unauthorized access to any Cloud Offerings, Customer Content, or Third Party Services or their related systems or networks, (g) permit direct or indirect access to or use of any Cloud Offerings, Customer Content, or Third Party Services in a way that circumvents a contractual usage limit, or use any Cloud Offerings to access, copy or use any

Anaconda intellectual property except as permitted under these TOS, an Order, or the Documentation, (h) modify, copy, or create derivative works of the Cloud Offerings or any part, feature, function or user interface thereof except, and then solely to the extent that, such activity is required to be permitted under applicable law, (i) copy Content except as permitted herein or in an Order or the Documentation, (j) frame or mirror any part of any Content or Cloud Offerings, except if and to the extent permitted in an applicable Order for your own Internal Business Purposes and as permitted in the Documentation, (k) except and then solely to the extent required to be permitted by applicable law, disassemble, reverse engineer, or decompile an Cloud Offering or access an Cloud Offering to (1) build a competitive product or service, (2) build a product or service using similar ideas, features, functions or graphics of the Cloud Offering, or (3) copy any ideas, features, functions or graphics of the Cloud Offering.

*Id.* at § 5.2.

32.    Anaconda's March 2024 Terms of Service continued to prohibit use of the Anaconda Distribution by organizations with 200 or more employees.   In particular, the March 2024 Terms of Service provide:

2.1 Organizational Use.  Your registration, download, use, installation, access, or enjoyment of all Anaconda Offerings on behalf of an organization that has two hundred (200) or more employees or contractors ("Organizational Use") requires a paid license of Anaconda Business or Anaconda Enterprise. For sake of clarity, use by government entities and nonprofit entities with over 200 employees or contractors is considered Organizational Use.

D.I. 1, Ex. C at § 2.1.

33.    The March 2024 Terms of Service define the Anaconda Offering as the "Anaconda Services, Anaconda software, Documentation, software development kits ('SDKs'), application programming interfaces ('APIs'), and any other items or

40

services provided by Anaconda any Upgrades thereto under the terms of these TOS,"

including but not limiting to the Anaconda Distribution and the Anaconda public

repository.  D.I. 1, Ex. C at § 16.

34.    Anaconda's March 2024 Terms of Service further provide, in part:

> 1.2 License Restrictions. Unless expressly agreed by Anaconda, You may not:  (a) Make, sell, resell, license, sublicense, distribute, rent, or lease any Offerings available to anyone other than You or Your Users, unless expressly stated otherwise in an Order, Custom Agreement or the Documentation or as otherwise expressly permitted in writing by Anaconda; … (e) Permit direct or indirect access to or use of any Offerings or Third Party Services in a way that circumvents a contractual usage limit, or use any Offerings to access, copy or use any Anaconda intellectual property except as permitted under these TOS, a Custom Agreement, an Order or the Documentation; … (g) Copy Content except as permitted herein or in an Order, a Custom Agreement or the Documentation or republish any material portion of any Offering in a manner competitive with the offering by Anaconda, including republication on another website or redistribute or embed any or all Offerings in a commercial product for redistribution or resale; (h) Frame or Mirror any part of any Content or Offerings, except if and to the extent permitted in an applicable Custom Agreement or Order for your own Internal Use and as permitted in a Custom Agreement or Documentation; (i) Except and then solely to the extent required to be permitted by applicable law, copy, disassemble, reverse engineer, or decompile an Offering, or access an Offering to build a competitive service by copying or using similar ideas, features, functions or graphics of the Offering.

D.I. 1, Ex. C at § 1.2.

35.    Additionally, Anaconda's March 2024 Terms of Service specify that,

upon termination of a paid Anaconda license, a former licensee must "stop using the

Anaconda Offering(s) and destroy any copies of Anaconda Proprietary Technology and Confidential Information within Your control."  D.I. 1, Ex. C at § 13.5.

36.     Anaconda has strived to apprise its users of the existence of Anaconda's Terms of Service and information within it.  For instance, on the repo.anaconda.com page, below the download options for Anaconda installers, Anaconda packages, and miniconda installers, it links to the operative Terms of Service and explicitly states "[b]y using repo.anaconda.com, you affirm that you comply with our recently updated Terms of Service."[4]

37.     Anaconda's Plans and Pricing webpage reiterates the commercial restriction in Anaconda's Terms of Service, stating "[u]se of Anaconda's Offerings at an organization of more than 200 employees requires a Business or Enterprise license. For more information, see our full Terms of Service, or read Frequently Asked Questions about our Terms of Service."

---

[4] https://repo.anaconda.com/



38.    With regard to at least every download or installation of Anaconda's software by or on behalf of the Airbus Entities after March 2020, the Terms of Service constitute a valid, enforceable, and binding agreement between Anaconda and the Airbus Entities.

**The Asserted Copyright and Protected Material**

39.    Anaconda is the owner of all rights, title, and interest in and to the Asserted Copyright.  A copy of the registration certificate for the Asserted Copyright is attached as Exhibit C.

43

40.    The copyrighted work reflected in the Asserted Copyright is Release 2024.02-01 of the Anaconda Distribution and the associated Anaconda conda-compatible packages.  As described above, the Anaconda Distribution provides everything software developers need to get started on developing AI, machine learning, and other data science projects as quickly and seamlessly as possible.  It provides a comprehensive package- and environment-management system that allows users to install, run, and update packages and their dependencies for Anaconda's users' projects in a variety of science, engineering, and other data-intensive contexts.

41.    The specific selection and arrangement of packages, libraries, code, and other files in the Anaconda Distribution represents the exercise of discretion and creativity of Anaconda's employees and engineers.

42.    The Anaconda Distribution and associated conda-compatible packages also contain proprietary material that Anaconda's engineers and employees created at significant effort and expense ("Proprietary Components"), including the proprietary computer instructions critical to providing the smooth and easy user experience driving Anaconda's mission and business success.  The Proprietary Components reflect Anaconda's own exercise of discretion, judgment, and design choices in describing how the various versions of the thousands of packages can optimally operate together.  To take just one simple example among many, the

44

"pandas" version 2.1.4 python package requires python to also be installed in the conda environment in order to run. The pandas 2.1.4 package could theoretically operate with a wide range of versions of python. In fact, developers of other conda-compatible versions of the pandas 2.1.4 package have decided not to specify any particular version of python at all. But Anaconda developers, in creating the conda-compatible version of the pandas 2.1.4 package available in the Anaconda Distribution, made the judgment that only versions of python between 3.12 and 3.13.0—representing ten versions out of hundreds—should be installed with this package. Moreover, pandas 2.1.4 requires installation of not just python, but somewhere between thirty and forty other packages (depending on platform and build variant), each one of which requires multiple design decisions made by Anaconda's product and engineering teams. Anaconda developers exercised this sort of creative discretion and judgment—including for required dependencies, optional dependencies, and various build options within each package—thousands and thousands of times over in building the conda-compatible packages available in the Anaconda Distribution and Anaconda repository. Different developers could have made—and do make—different choices. By providing a design through which the packages can interoperate cooperatively with each other, the proprietary computer instructions developed by Anaconda operate as a blueprint for building AI development platforms within the conda environment.

43.    Anaconda's Proprietary Components are extremely valuable and attract Anaconda's customers to its platform.  Anaconda owns all rights to its Proprietary Components in all versions of the Anaconda Distribution.

**Airbus Entities' Unauthorized Use of the Anaconda Distribution and Associated Packages**

44.    On information and belief, employees and/or other individuals acting at the direction or on behalf of one or more of the Airbus Entities agreed to Anaconda's Terms of Service by registering to, using, installing, downloading, accessing, and/or mirroring the Anaconda Distribution or component parts thereof, including Anaconda Distribution installers and/or the conda-compatible packages maintained on Anaconda's public repository.

45.    On information and belief, Airbus SAS has had more than 200 employees since at least March 2020.

46.    On information and belief, Airbus DS Government Solutions, Inc. has had more than 200 employees since at least March 2020.

47.    On information and belief, Airbus Helicopters, Inc. has had more than 200 employees since at least March 2020.

48.    On information and belief, Airbus U.S. Space & Defense, Inc. has had more than 200 employees since at least March 2020.

49.    On information and belief, Airbus Group, Inc. has had more than 200 employees since at least March 2020.

50.    On information and belief, Airbus Defence and Space Ltd. has had more than 200 employees since at least March 2020.

51.    On information and belief, in violation of the Terms of Service, employees and/or other individuals acting at the direction or on behalf of one or more of Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., and Airbus Group, Inc. registered to, used, installed, downloaded, accessed, and/or mirrored the Anaconda Distribution or component parts thereof, including Anaconda Distribution installers and/or the conda-compatible packages maintained on Anaconda's public repository.

52.    Airbus Defence and Space, Ltd. entered into a paid one year license with Anaconda that began on March 1, 2023 and expired on March 2, 2024 ("Airbus Defence March 2023 License"), restricted to 50 users.  None of the other Airbus Entities—Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., and Airbus Group, Inc—have ever entered into a paid license with Anaconda, despite their use of Anaconda's Asserted Copyright.

53.    In February 2024, before Airbus Defence and Space Ltd.'s license expired, Anaconda notified Airbus Defence and Space Ltd. that its usage during the license period had exceeded the 50 user limit under the Airbus Defence March 2023 License.  The same month Anaconda alerted Airbus Defence and Space Ltd., that a

new, larger license would be required to continue its usage at that time, and to cease and desist continued usage until a new license agreement was established.

54.    Anaconda attempted to negotiate an appropriate license based on the Airbus Entities' usage of the Anaconda Distribution.  For example, in an effort to ensure that the license agreement was commensurate with use, on February 27, 2024, Anaconda provided the Airbus Entities with instructions for the Airbus Entities to scan their systems and provide Anaconda with data of the Airbus Entities' usage of the Anaconda Offerings.  The Airbus Entities failed to provide Anaconda with the requested scans.

55.    After the license to Airbus Defence and Space, Ltd. expired on March 2, 2024, Airbus Defence and Space, Ltd. did not enter into a new licensing agreement with Anaconda.

56.    On information and belief, after the license to Airbus Defence and Space, Ltd. ended on March 2, 2024, Airbus Defence and Space, Ltd. continued to use, install, download, access, copy, mirror, and/or distribute Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components, unlawfully without Anaconda's permission.

57.    Although Anaconda asked Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., and Airbus Group, Inc. to enter into paid licenses, and Anaconda asked Airbus Defence

and Space, Ltd. to renew its paid license at the appropriate usage amount, the Airbus Entities failed to pay to continue to use the Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components.

58.     Meanwhile, on information and belief, one or more of the Airbus Entities continued to download and use Anaconda's Proprietary Components without a requisite license.  For example, in March of 2024, after Anaconda sent the February 27, 2024 letter requesting Airbus Defence and Space Ltd. to cease and desist unauthorized use beyond the contracted limit and establish a new license, on information and belief, one or more Airbus Entities downloaded over 28,000 packages from Anaconda's proprietary repository.  Ex. B.  On information and belief, one or more Airbus Entities' mirrored Anaconda's Proprietary Components and downloaded installers in March 2024.  *Id.*

59.     Anaconda's repositories, from which one or more of the Airbus Entities downloaded the packages and installers, are maintained on servers located in the U.S.

60.     On information and belief, one or more of the Airbus Entities have infringed, and continue to infringe, Anaconda's Asserted Copyright by registering to, using, accessing, copying, mirroring and/or distributing the Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components, without Anaconda's authorization.

61.     On information and belief, one or more of the Airbus Entities, without Anaconda's authorization, reproduce and create derivative works based on Anaconda's Proprietary Components and other protected elements of the Anaconda Distribution by using the Anaconda Distribution and associated conda-compatible packages, including the Proprietary Components, for internal purposes.

62.     On information and belief, one or more of the Airbus Entities allow their employees, and/or other individuals acting at their direction or on their behalf, to use the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components, without Anaconda's authorization, following the end of the commercial dealings between Anaconda and the one or more of the Airbus Entities.

63.     While the Anaconda Distribution and Anaconda's conda-compatible packages include some open-source features and components, the Airbus Entities' reproduction of, and creation of derivative works based on, the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components, are not limited to those open-source components.  One or more of the Airbus Entities copied and improperly used entire conda-compatible packages precisely as released by Anaconda, including all components protected by the Asserted Copyright.

64.    One or more of the Airbus Entities, through their employees, and/or other individuals acting at their direction or on their behalf, violate Anaconda's exclusive right under the Asserted Copyright to export the Anaconda Distribution and the associated conda-compatible packages, including the Proprietary Components, outside the United States when they download the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components in territories outside the United States without Anaconda's authorization, including in France and Europe.

65.    One or more of the Airbus Entities have been aware of Anaconda's intellectual property rights upon registering, using, accessing, installing, and/or downloading Anaconda's technology, that requires assent to at least Anaconda's Terms of Service and/or End User License Agreement that describe Anaconda's intellectual property rights.

66.    On information and belief, one or more of the Airbus Entities have been on notice that they needed to take a license since at least March 2021, when companies of Airbus Commercial Aircraft division were negotiating a license to use Anaconda's technology.

67.    On information and belief, one or more of the Airbus Entities have been on notice that they needed to take a license since at least April 2020, when Anaconda announced a change to Anaconda's Terms of Service "as a response to the dramatic

increase in usage and adoption of Python and Anaconda among commercial users over the last few years" and asked "commercial users who heavily rely on our packaging & distribution efforts to purchase our commercial repository software." Ex. A.

68.    On information and belief, one or more of the Airbus Entities knew or should have known they needed a license to use Anaconda's intellectual property since at least the date of the Airbus Defence March 2023 License.

69.    On information and belief, one or more of the Airbus Entities knew or should have known they needed a license to Anaconda's intellectual property since at least February 27, 2024, when Anaconda notified Airbus SE, the parent company to the Airbus Entities, to immediately cease and desist any and all current and further use, transmission, and/or dissemination of Anaconda's proprietary data, and that failure to do so would result in action to protect Anaconda's intellectual property from unlawful use.

70.    One or more of the Airbus Entities knew or should have known they needed a license to Anaconda's intellectual property since at least May 20, 2024, when Anaconda sent a letter to Airbus U.S. Space & Defense, Inc., Airbus Defense and Space, Inc., Airbus Helicopters, Inc., and Airbus DS Government Solutions, Inc., respectively, requesting each entity cease and desist unauthorized use of

Anaconda's proprietary materials, and that failure to do so would result in action to protect Anaconda's intellectual property from unlawful use.

71.    One or more of the Airbus Entities knew or should have known they were violating Anaconda's rights in the Asserted Copyright since at least January 16, 2025, when Anaconda sent the Airbus Entities a letter identifying evidence of Airbus Entities' improper acts in violation of the Asserted Copyright.

## COUNT I
### Direct Copyright Infringement

72.    Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1–71 as if fully set forth herein.

73.    Anaconda owns the Asserted Copyright, which is valid and enforceable and protects all copyrightable elements of the Anaconda Distribution and the associated conda-compatible packages, including Proprietary Components that Anaconda's engineers and employees created at significant effort and expense.

74.    The Asserted Copyright was properly registered with the U.S. Copyright Office prior to the Airbus Entities instituting an action for declaratory judgment.

75.    The Airbus Entities lack authorization, license, or permission from Anaconda to reproduce, prepare derivative works based on, or export the Anaconda Distribution, Anaconda's associated conda-compatible packages, the Proprietary Components, or any other elements protected by the Asserted Copyright.

76.     Through the acts alleged above, one or more of the Airbus Entities have violated, and continue to violate, Anaconda's exclusive rights to reproduce, prepare derivative works based on, and export the Anaconda Distribution and Anaconda's associated conda-compatible packages, in violation of 17 U.S.C. §§ 106, 501, and 602.

77.     On information and belief, one or more of the Airbus Entities without authorization have and continue to download, install, access, and use protectable elements of the Anaconda Distribution and Anaconda's associated conda-compatible packages, including the Proprietary Components, that Anaconda's engineers and employees created at significant effort and expense.

78.     One or more of the Airbus Entities were aware, and remain aware, that they have and continue to improperly download, install, access, and use, those protected elements of the Anaconda Distribution and Anaconda's associated conda-compatible packages, including the Proprietary Components.

79.     Airbus Entities' violations of Anaconda's exclusive rights were, and continue to be, knowing, intentional, and willful.

## COUNT II
### Breach of Contract

80.     Anaconda realleges and incorporates by reference the allegations set forth in the preceding paragraphs 1–79 as if fully set forth herein.

81.    One or more of the Airbus Entities agreed to Anaconda's Terms of Service when they registered to, used, installed, downloaded, and/or accessed the Anaconda Offerings.

82.    When the one or more of the Airbus Entities agreed to Anaconda's Terms of Service, the one or more of the Airbus Entities entered into a valid, enforceable and binding contract with Anaconda.

83.    Anaconda performed its obligations under the Terms of Service.

84.    The conduct described herein of one or more of the Airbus Entities, including but not limited to, its use, access, installation, downloading, copying, and mirroring of the Anaconda Distribution without Anaconda's authorization or consent, resulted in a material breach of Anaconda's Terms of Service by one or more of the Airbus Entities.

85.    As a direct and proximate result of the Airbus Entities' multiple breaches of its contractual obligations under Anaconda's Terms of Service, Anaconda has suffered and continues to suffer harm in an amount to be proven at trial.

86.    Unless enjoined by this Court, ongoing conduct by one or more of the Airbus Entities will cause great and irreparable harm to Anaconda, and Anaconda has no adequate or other remedy at law for such acts.

## **PRAYER FOR RELIEF**

WHEREFORE, Anaconda prays for the following relief:

A.    Judgment of infringement of the Asserted Copyright;

B.    Judgment of breach of contract;

C.    A permanent injunction ordering the Airbus Entities, and its officers, directors, members, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with it, who receive actual notice of the injunction order by personal or other service to cease all acts of direct copyright infringement relating to the use of the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components;

D.    A permanent injunction that includes all terms necessary to prevent and restrain infringement of the Anaconda Distribution and Anaconda's conda-compatible packages, including the Proprietary Components;

E.    An award of actual damages and/or infringer's profits pursuant to 17 U.S.C. § 504(b), or in the alternative, statutory damages pursuant to 17 U.S.C. § 504(c);

F.    Any additional damages, including punitive or exemplary damages, as the Court determines is appropriate and/or to deter willful infringement;

G.    An accounting and/or supplemental damages to account for harm occurring after any discovery cut-off;

H.     An order impounding or destroying all infringing articles pursuant to 17 U.S.C. § 503, including, as necessary, while this action is pending;

I.     An order awarding Anaconda prejudgment and post-judgment attorneys' fees, interest, statutory costs and expenses; and

J.     An order awarding Anaconda any other relief, in law and in equity, that this Court deems just and proper.

## JURY DEMAND

Under Rule 38 of the Federal Rules of Civil Procedure, Anaconda demands trial by jury on all issues so triable.

|  | */s/ Kelly E. Farnan*_____ |
|---|---|
| OF COUSEL: | Kelly E. Farnan (#4395) |
|  | Sara M. Metzler #6509) |
| Sarang V. Damle | Richards, Layton & Finger, PA |
| Rachel L. Weiner Cohen | One Rodney Square |
| Holly Victorson | 920 North King Street |
| Richard A. Lowry | Wilmington, DE 19801 |
| Latham & Watkins LLP | 302-651-7700 |
| 555 Eleventh Street, NW | farnan@rlf.com |
| Suite 1000 | metzler@rlf.com |
| Washington, D.C., 20004 |  |
|  | *Attorneys for Defendant* |
| Dated: April 7, 2025 |  |