# EXHIBIT A

## You Might Also Be Interested In

| News | Enterprise Data Science, Machine Learning, and AI | For Practitioners |
|---|---|---|
| Apr 13, 2022 | Apr 28, 2022 | Nov 11, 2021 |
| Introducing Anaconda Business: Enhanced Ope… | How Anaconda Is Rallying to Protect Commercial… | How Data Visualization Improves Decision-Making |
|  |  |  |

## Talk to an Expert

Talk to one of our experts to find solutions for your AI journey.

Talk to an Expert >



| Company | Products | Customers | Popular |
|---|---|---|---|
| Why Anaconda? | Anaconda Hub | Cloud Login | AI Platform Guide |
| Press | Capabilities | Support Center | Topics |
| Careers | Professional Services | Learning Catalog | Guides |
| Contact Us | Pricing | Docs | |
| | | Community | |

Create Account >

Contact Sales >

© 2025 Anaconda Inc. All rights reserved.   Service Status   Legal   Privacy Policy   Accessibility   Terms of Use