# EXHIBIT B

show

| 1 | Direct Downloads: Package | ATTRIB_TYPE | ASN_DOMAIN | | ASN_COUNTRY | ASN_TYPE | 2023-03 | 2023-04 | 2023-05 | 2023-06 | 2023-07 | 2023-08 | 2023-09 | 2023-10 | 2023-11 | 2023-12 | 2024-01 | 2024-02 | 2024-03 | 2024-04 | 2024-05 | 2024-06 | 2024-07 | 2024-08 | 2024-09 | 2024-10 | 2024-11 | 2024-12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | A domain | airbus.com | | FR | business | 1,240 | 931 | 899 | 1,434 | 965 | 698 | 911 | 1,078 | 812 | 758 | 1,485 | 2,281 | 28,711 | 325 | 42 | 1 | 18 | 54 | 119 | 227 | 13 | 244 | 43,246 |
| 1 | | A domain | airbus.com | | FR | business | 989 | 367 | 724 | 881 | 979 | 2,015 | 346 | 225 | 150 | 34 | 73 | 457 | 449 | 121 | 122 | 858 | 185 | 418 | 312 | 197 | 107 | 72 | 10,081 |
| 0 | | B login or registration | | | US | isp | | 2 | | | | | | | 22 | 33 | | | | | | | | | | | | | 57 |
| 1 | | B login or registration | | | US | hosting | 5,815 | 2,913 | 1,379 | 2,196 | 2,673 | 1,078 | 3,058 | 2,044 | 2,487 | 1,565 | 4,513 | 3,477 | 912 | 58 | 241 | 32 | 20 | 49 | 75 | 95 | 54 | | 34,734 |
| 0 | | B login or registration | | | DE | isp | | | 212 | 2 | | 188 | 8 | 100 | 239 | 4 | | | | | | | | | | | | | 753 |
| 1 | | B login or registration | | | US | hosting | | | | | | | | | 240 | 201 | 314 | 277 | 101 | | | | | | | | | | 1,133 |
| 0 | | B login or registration | | | FR | isp | | | | | | | | | | | | | | | | | | | 17 | | | | 17 |
| 1 | | B login or registration | | | US | isp | | 5,735 | 1,780 | 3,279 | 2,146 | 1,262 | 1,672 | 1,692 | 1,960 | 4,698 | 2,340 | 1,558 | 2,084 | 1,466 | 2,480 | 2,639 | 1,980 | 1,568 | 1,720 | 1,684 | 5,045 | 2,979 | 51,767 |
| 0 | | B login or registration | | | US | hosting | 11 | | | | 45 | | | 13 | | | | | 9 | 6 | | | | | | | | | 84 |
| 0 | | C other | | | US | hosting | | | | | | | | | 8 | | | | | 457 | | | | | | | | | 465 |
| 0 | | C other | | | US | hosting | 2 | 4 | 14 | | 2 | | | | | | | 2 | 19 | | 3 | | | | | | | | 46 |
| 0 | | C other | | | US | hosting | 11 | 4 | 3 | | 8 | | | 118 | | | | | | | | | | | | | | | 144 |
| 0 | | C other | | | US | hosting | 33 | 6 | 170 | 35 | 20 | 84 | 80 | | 48 | | 21 | 97 | | | | | | | | | | | 594 |
| 1 | | C other | | | US | hosting | 3,353 | 4,990 | 5,284 | 2,182 | 1,557 | 2,387 | 11,530 | 17,725 | 14,622 | 1,432 | 6,380 | 3,739 | 3,145 | 1,802 | 996 | 2,492 | 935 | 1,322 | 1,637 | 839 | 834 | 611 | 89,794 |
| 0 | | C other | | | FR | isp | 185 | 130 | 73 | 63 | 41 | 167 | 261 | 1,427 | 83 | 185 | 294 | 17 | | | | | | | | | | | 3,033 |
| 0 | | C other | | | DE | isp | 314 | 185 | 2,222 | 1,553 | 1,031 | 505 | 55 | 403 | 54 | | | | | | | | | | | | | | 6,322 |
| 1 | | C other | | | US | hosting | 1,623 | 1,389 | 1,279 | 367 | 958 | 770 | 1,218 | 1,919 | 797 | 889 | 1,859 | 1,428 | 2,007 | 1,091 | 1,202 | 935 | 1,436 | 1,260 | 844 | 1,357 | 554 | 546 | 25,728 |
| 1 | | C other | | | US | hosting | 88 | 646 | 579 | 186 | 39 | 28 | 416 | 58 | 57 | 87 | 321 | 197 | 668 | 475 | 99 | 652 | 162 | 276 | 37 | 89 | 18 | 15 | 5,193 |
| 0 | | C other | | | US | hosting | | | | | | | 2 | | | | | | | | | | | | | | | | 2 |
| 0 | | C other | | | PL | isp | 14 | | | | | | | | | | | | | | | | | | | | | | 14 |
| 0 | | C other | | | ES | isp | | | | | 2 | 137 | 78 | 39 | | 154 | | 30 | 5 | | | | | | | | | | 445 |
| 1 | | C other | | | US | hosting | 268 | 256 | 195 | 10 | 504 | 15 | 11 | 338 | 309 | 11 | 649 | 622 | 23 | 59 | 65 | 88 | 158 | 25 | 174 | 107 | 67 | 23 | 3,977 |
| 0 | | C other | | | US | hosting | 531 | 1 | | | 3 | | 3 | | 12 | 2 | 4 | | | | | | | | | | | | 556 |
| 0 | | C other | | | FR | isp | 248 | 35 | | 168 | | | 52 | 1 | | | 92 | 51 | | | | 8 | | | 152 | | | | 807 |
| 0 | | C other | | | US | hosting | | 5 | | 20 | 104 | 121 | | | | 152 | | | | | | | | | | | | | 402 |
| 1 | | C other | | | US | hosting | 209 | 79 | 76 | 30 | 11 | 3,001 | 85 | 7 | | 50 | 91 | 143 | 122 | 48 | 25 | 183 | 6 | 14 | 78 | 32 | 3 | 43 | 4,336 |
| 0 | | C other | | | FR | isp | | | | | 57 | 36 | 30 | 27 | | | | | | 5 | | | | | | | | | 155 |
| 0 | | C other | | | US | hosting | | | | | | | | | | 76 | | | | | | | | | | | | | 76 |
| 0 | | C other | | | US | hosting | 672 | 205 | 99 | 190 | 15 | 18 | 8 | | 41 | 14 | | 1 | | | 8 | | | | | | | | 1,263 |
| 0 | | C other | | | US | isp | | | 19 | | | | | | | | | | | | | | | | | | | | 19 |
| 0 | | C other | | | DE | isp | | | | | | 20 | 5 | | 222 | | | | | | | | | | | | | | 247 |
| 0 | | C other | | | AU | isp | | | | 1,437 | | | | | | | | | | | | | | | | | | | 1,437 |
| 0 | | C other | | | US | hosting | | | | 7 | | | | | | | | | | | | | | | | | | | 7 |
| 0 | | C other | | | FR | isp | | | | | | | 90 | | | | | | 4 | | | | | | | | | | 94 |
| 0 | | C other | | | FR | isp | | 1 | | | | | | | | | | | | | | | | | | | | | 1 |
| 0 | | C other | | | ES | isp | | | | 4 | | 38 | | | | | | | | | | | | | | 10 | | | 52 |
| 0 | | C other | | | BR | isp | 38 | | | | | | | | | | | | | | | | | | | | | | 38 |
| 0 | | C other | | | US | isp | | | | | | | | | | | | | | | | | | | | 11 | | | 11 |
| 0 | | C other | | | US | isp | | | | | | | | | | | | | 46 | | | | | 156 | 13 | 98 | 98 | | 411 |
| 0 | | C other | | | US | hosting | | | | | | | | | | 2 | | | | | | | | | | | | | 2 |
| 0 | | C other | | | NL | hosting | | | | | | | | | | | | 12 | | | | | | | | | | | 12 |
| 0 | | C other | | | GB | isp | | | | | | | | | | | 47 | | | | | | | | | | | | 47 |
| 0 | | C other | | | US | hosting | | | 1 | | | 2 | | 7 | | | | 4 | | | | | | | | | | | 14 |
| 0 | | C other | | | US | hosting | 132 | | | | 7 | 4 | | | | | | | | | | | | | | | | | 143 |
| 0 | | C other | | | ES | isp | | | | | | | | | | | | | | | 14 | | | | | | | | 14 |
| 0 | | C other | | | US | hosting | | 45 | | | | | | | | | | | | | | | | | | | | | 45 |
| 0 | | C other | | | US | hosting | | | | | | | | 9 | | | | | | | | | | | | | | | 9 |
| 0 | | C other | | | GB | isp | | | | | | | | | | | | 105 | | | | | | | | | | | 105 |
| 0 | | C other | | | US | isp | | | | | | | | | | | | | 18 | | 16 | | 48 | | | 490 | | | 572 |
| 0 | | C other | | | MX | hosting | | | | | | | | | | | | | | | | | 22 | | | | | | 22 |
| 0 | | C other | | | FR | isp | | | | | 17 | | | | | | | | | | | | | | | | | | 17 |
| 0 | | C other | | | US | isp | | | | | | | | | | | | | | | 271 | | | | | | | | 271 |
| 0 | | C other | | | US | hosting | | | | | | | | | | | | | 18 | | | | | | | | | | 18 |
| 0 | | C other | | | FR | isp | | | | | | | 30 | | | | | | | 8 | | | | | 201 | | | | 239 |
| 0 | | C other | | | DE | isp | | | | | | 16 | | | | | | | | | | | | | | | | | 16 |
| 0 | | C other | | | IN | isp | | | | | | | 9 | | | | | | | | | | | | | | | | 9 |
| 0 | | C other | | | DE | isp | | | | | | | | | | | | | | | | | | | | | 112 | | 112 |
| 0 | | C other | | | GB | isp | | | | | | | | 226 | | | | | | | | | | | | | | | 226 |

| 1 | Direct Downloads: Installer | ATTRIB_TYPE | ASN_DOMAIN | | ASN_COUNTRY | ASN_TYPE | 2023-03 | 2023-04 | 2023-05 | 2023-06 | 2023-07 | 2023-08 | 2023-09 | 2023-10 | 2023-11 | 2023-12 | 2024-01 | 2024-02 | 2024-03 | 2024-04 | 2024-05 | 2024-06 | 2024-07 | 2024-08 | 2024-09 | 2024-10 | 2024-11 | 2024-12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | A domain | airbus.com | | FR | business | 32 | 18 | 8 | 26 | 31 | 18 | 19 | 18 | 20 | 20 | 17 | 20 | 10 | 6 | 4 | 1 | 3 | 3 | 3 | 3 | 6 | 4 | 289 |
| 1 | | A domain | airbus.com | | FR | business | 5 | 5 | 3 | 2 | 3 | 4 | 2 | 2 | 1 | | | 1 | 1 | | 2 | 1 | 2 | | 3 | | 2 | | 39 |
| 0 | | B login or registration | | | US | isp | | | 1 | | | | 1 | | | | | | | 1 | | | | | | | | | 4 |
| 1 | | B login or registration | | | US | hosting | 78 | 86 | 81 | 72 | 83 | 60 | 63 | 78 | 67 | 39 | 49 | 53 | 37 | 8 | 2 | 2 | 2 | 3 | 11 | 6 | 5 | 2 | 887 |
| 0 | | B login or registration | | | DE | isp | 1 | 1 | 6 | 2 | | 1 | 3 | 1 | | | | | | | | | | | | | | | 15 |
| 0 | | B login or registration | | | GB | isp | 5 | 14 | | | | 2 | 5 | 1 | | | 3 | 2 | 1 | | | | | | | | | | 33 |
| 0 | | B login or registration | | | US | hosting | | | | | | | | | 6 | 5 | 8 | 12 | 8 | | | | | | | | | | 39 |
| 0 | | B login or registration | | | FR | isp | | | | | | | | | | | | | | | | | | | 1 | | | | 1 |
| 0 | | B login or registration | | | US | isp | | | | 1 | | | 1 | | | 2 | | | 1 | | 2 | | | 1 | 1 | 1 | | | 10 |
| 0 | | B login or registration | | | US | hosting | | | | | | | | 1 | | | | | 1 | | | | | | | | | | 1 |
| 0 | | C other | | | US | hosting | | | | | | | | | | | | 1 | | | | | | | | | | | 1 |
| 0 | | C other | | | US | hosting | | | | | | | | | | | | 2 | | | | | | | | | | | 2 |



| NOTE | REQUEST_TIMESTAMP | IP_ADDRESS | SUBNET | FULL_USER_AGENT | HOST | HTTP_METHOD | HTTP_STATUS | URI | BYTES |
|---|---|---|---|---|---|---|---|---|---|
| Direct Downloads: Installers / A domain | 2024-01-03 14:26:12 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-08 13:49:47 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-09 6:13:34 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 3062962 |
| Direct Downloads: Installers / A domain | 2024-01-09 6:13:35 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 244932 |
| Direct Downloads: Installers / A domain | 2024-01-09 9:46:08 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 1.153E+09 |
| Direct Downloads: Installers / A domain | 2024-01-15 12:14:40 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 120847558 |
| Direct Downloads: Installers / A domain | 2024-01-16 10:11:54 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-18 13:54:55 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-19 14:04:15 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-5.3.1-Linux-x86_64.sh | 667977555 |
| Direct Downloads: Installers / A domain | 2024-01-29 9:39:30 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 3374277 |
| Direct Downloads: Installers / A domain | 2024-01-29 13:01:46 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-30 14:25:47 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-01-31 8:42:56 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 1.153E+09 |
| Direct Downloads: Installers / A domain | 2024-01-31 14:40:59 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-05 9:07:51 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 94461124 |
| Direct Downloads: Installers / A domain | 2024-02-05 9:08:53 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 48626884 |
| Direct Downloads: Installers / A domain | 2024-02-06 9:16:22 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 458620100 |
| Direct Downloads: Installers / A domain | 2024-02-07 8:35:55 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-07 9:30:25 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-07 12:06:21 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 268623046 |
| Direct Downloads: Installers / A domain | 2024-02-08 7:31:53 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-08 7:49:53 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 91274428 |
| Direct Downloads: Installers / A domain | 2024-02-08 7:51:27 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 1.153E+09 |
| Direct Downloads: Installers / A domain | 2024-02-13 16:37:31 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 646913211 |
| Direct Downloads: Installers / A domain | 2024-02-13 16:38:07 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-21 15:43:34 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 1.153E+09 |
| Direct Downloads: Installers / A domain | 2024-02-23 8:54:06 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-23 8:57:00 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / A domain | 2024-02-23 12:07:26 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Linux-x86_64.sh | 1.153E+09 |
| Direct Downloads: Installers / A domain | 2024-02-26 7:51:18 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / B login or registration | 2024-01-26 9:05:33 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 65305795 |
| Direct Downloads: Installers / B login or registration | 2024-01-26 9:09:55 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 439942338 |
| Direct Downloads: Installers / B login or registration | 2024-02-12 15:44:01 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / B login or registration | 2024-02-14 6:43:31 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / B login or registration | 2024-02-25 12:51:13 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2023.09-0-Windows-x86_64.exe | 1.096E+09 |
| Direct Downloads: Installers / B login or registration | 2024-03-05 18:03:32 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.02-1-Windows-x86_64.exe | 948301156 |
| Direct Downloads: Installers / B login or registration | 2024-03-19 8:56:28 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.02-1-Windows-x86_64.exe | 27950249 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:18 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 523650 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:19 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 851329 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:19 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 408961 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:54 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 851329 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:55 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 556417 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:09:55 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 621953 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:16:38 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 540033 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:16:39 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 703873 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:16:39 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 900481 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:27:16 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 785795 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:27:16 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 851329 |
| Direct Downloads: Installers / B login or registration | 2024-09-17 18:27:17 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.06-1-MacOSX-arm64.sh | 408961 |
| Direct Downloads: Installers / B login or registration | 2024-11-20 17:03:40 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 2637167 |
| Direct Downloads: Installers / B login or registration | 2024-11-20 17:03:41 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 2211185 |
| Direct Downloads: Installers / B login or registration | 2024-11-20 17:03:41 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 507265 |
| Direct Downloads: Installers / B login or registration | 2024-12-17 6:33:24 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 458112 |
| Direct Downloads: Installers / B login or registration | 2024-12-17 6:33:24 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 654719 |
| Direct Downloads: Installers / B login or registration | 2024-12-17 6:33:25 | | | | repo.anaconda.com | GET | 200 | /archive/Anaconda3-2024.10-1-MacOSX-arm64.sh | 441727 |
| Direct Downloads: Packages / A domain | 2024-12-06 16:18:24 | | | | repo.anaconda.com | GET | 200 | /pkgs/main/linux-64/pip-24.2-py39h06a4308_0.conda | 2310709 |
| Direct Downloads: Packages / A domain | 2024-12-06 16:18:27 | | | | repo.anaconda.com | GET | 200 | /pkgs/main/linux-64/setuptools-75.1.0-py39h06a4308_0.conda | 1787011 |
| Direct Downloads: Packages / A domain | 2024-12-06 16:18:27 | | | | repo.anaconda.com | GET | 200 | /pkgs/main/linux-64/krb5-1.21.3-h143b758_0.conda | 1406547 |

| Category | Date | URL | Method | Status | Path | Size |
|---|---|---|---|---|---|---|
| Direct Downloads: Packages / A domain | 2024-12-06 16:18:30 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/wheel-0.44.0-py39h06a4308_0.conda | 111776 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:02 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/numpy-base-2.0.1-py312he1a6c75_1.conda | 8898260 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:02 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libopenblas-0.3.21-h043d6bf_0.conda | 5670211 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:02 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tensorboard-2.17.0-py312h06a4308_0.conda | 5913197 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:02 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tensorboard-data-server-0.7.0-py312h52d8a92_1.c | 4453845 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:07 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libgfortran5-11.2.0-h1234567_1.conda | 2135390 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:08 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libabseil-20240116.2-cxx17_h6a678d5_0.conda | 1317405 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:10 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/werkzeug-3.0.6-py312h06a4308_0.conda | 414008 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:10 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/protobuf-4.25.3-py312h12ddb61_0.conda | 413050 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:10 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/absl-py-2.1.0-py312h06a4308_0.conda | 245719 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/markdown-3.4.1-py312h06a4308_0.conda | 163480 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/ca-certificates-2024.11.26-h06a4308_0.conda | 135024 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/blas-1.0-openblas.conda | 47501 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/markupsafe-2.1.3-py312h5eee18b_0.conda | 26162 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/numpy-2.0.1-py312h2809609_1.conda | 11629 |
| Direct Downloads: Packages / A domain | 2024-12-11 8:58:11 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libgfortran-ng-11.2.0-h00389a5_1.conda | 21318 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:48 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/babel-2.11.0-py38h06a4308_0.conda | 7104301 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:48 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/python-3.8.20-he870216_0.conda | 24931079 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:48 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/sqlalchemy-2.0.34-py38h00e1ef3_0.conda | 6107233 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:48 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/cryptography-43.0.0-py38hdda0065_0.conda | 2300842 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:48 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/pip-24.2-py38h06a4308_0.conda | 2317475 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:49 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/setuptools-75.1.0-py38h06a4308_0.conda | 1772218 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:50 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/future-0.18.3-py38h06a4308_0.conda | 688719 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:50 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tornado-6.4.1-py38h5eee18b_0.conda | 660571 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:50 | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/celery-4.4.6-py_0.conda | 467820 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:51 | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/flower-0.9.7-pyhd3eb1b0_0.conda | 324550 |
| Direct Downloads: Packages / A domain | 2024-12-11 10:00:51 | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/kombu-4.6.11-py38_0.conda | 281967 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:21:38 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/openssl-3.0.12-h2bbff1b_0.conda | 7755765 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:21:42 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/pip-23.3.1-py39haa95532_0.conda | 2964883 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:21:46 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/wheel-0.41.2-py39haa95532_0.conda | 129940 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:21:47 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/python-3.9.18-h1aa4202_0.conda | 20317085 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:22:06 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/ca-certificates-2023.12.12-haa95532_0.conda | 130615 |
| Direct Downloads: Packages / B login or registrat | 2024-01-02 10:22:07 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/setuptools-68.2.2-py39haa95532_0.conda | 956698 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:36 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/libboost-1.82.0-h3399ecb_2.conda | 24193105 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/overrides-7.4.0-py311haa95532_0.conda | 39569 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/icu-73.1-h6c2663c_0.conda | 30952567 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/dal-2023.1.1-h59b6b97_48682.conda | 27775306 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/click-8.1.7-py311haa95532_0.conda | 228865 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/pyviz_comms-3.0.0-py311haa95532_0.conda | 59174 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/libmambapy-1.5.6-py311h77c03ed_0.conda | 526820 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/importlib_metadata-7.0.0-hd3eb1b0_1.conda | 9414 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/dask-core-2023.11.0-py311haa95532_0.conda | 3117820 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/yaml-cpp-0.8.0-hd77b12b_0.conda | 2142837 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/boost-cpp-1.82.0-h59b6b97_2.conda | 12554 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/cryptography-41.0.7-py311h89fc84f_0.conda | 1237806 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/numba-0.58.1-py311hf62ec03_0.conda | 6075643 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/conda-libmamba-solver-23.12.0-pyhd3eb1b0_1.con | 47423 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/curl-8.5.0-he2ea4bf_0.conda | 160973 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/send2trash-1.8.2-py311haa95532_0.conda | 83503 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/param-2.0.1-py311haa95532_0.conda | 266512 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/tzdata-2023d-h04d1e81_0.conda | 121092 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/mkl-2023.1.0-h6b88ed4_46358.conda | 163441043 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/jmespath-1.0.1-py311haa95532_0.conda | 53194 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/zipp-3.17.0-py311haa95532_0.conda | 26774 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/importlib-metadata-7.0.0-py311haa95532_1.conda | 51717 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:37 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/c-blosc2-2.10.5-h2f4ed9d_0.conda | 224250 |
| Direct Downloads: Packages / B login or registrat | 2024-01-08 10:38:38 | repo.anaconda.con | GET | 200 | /pkgs/main/win-64/panel-1.3.1-py311haa95532_0.conda | 15530352 |
| System/Mirroring: Installers / A domain | 2024-09-30 15:33:27 | repo.anaconda.con | GET | 200 | /archive/Anaconda3-2020.11-Linux-x86_64.sh | 554536684 |
| System/Mirroring: Installers / A domain | 2024-10-03 7:36:31 | repo.anaconda.con | GET | 200 | /archive/Anaconda-1.5.0-Linux-x86.sh | 250370570 |

| | | | | | | |
|---|---|---|---|---|---|---|
| System/Mirroring: Installers / A domain | 2024-10-03 13:37:09 | | repo.anaconda.con | GET | 200 | /archive/Anaconda3-5.3.1-Linux-x86_64.sh | 667977528 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:49 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/wheel-0.38.4-py310h06a4308_0.conda | 66657 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:50 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libffi-3.4.4-h6a678d5_0.conda | 146417 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:50 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/tzdata-2023c-h04d1e81_0.conda | 119380 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:50 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/libuuid-1.41.5-h5eee18b_0.conda | 29162 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:50 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/pip-23.2.1-py310h06a4308_0.conda | 2779190 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:51 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/zlib-1.2.13-h5eee18b_0.conda | 106904 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:51 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/python-3.10.12-h955ad1f_0.conda | 28117344 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:57 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/ca-certificates-2023.05.30-h06a4308_0.conda | 123646 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:57 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/setuptools-68.0.0-py310h06a4308_0.conda | 959839 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:57 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/sqlite-3.41.2-h5eee18b_0.conda | 1230802 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:58 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/xz-5.4.2-h5eee18b_0.conda | 658181 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:58 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/ncurses-6.4-h6a678d5_0.conda | 936931 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:58 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tk-8.6.12-h1ccaba5_0.conda | 3174133 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:11:59 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/openssl-3.0.9-h7f8727e_0.conda | 5440999 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:31:18 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tensorboard-plugin-wit-1.8.1-py310h06a4308_0.con | 694202 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:31:18 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/flatbuffers-2.0.0-h2531618_0.conda | 999279 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:11 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/pyasn1-0.4.8-pyhd3eb1b0_0.conda | 56339 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/rsa-4.7.2-pyhd3eb1b0_1.conda | 29562 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/python-flatbuffers-2.0-pyhd3eb1b0_0.conda | 36130 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/absl-py-1.4.0-py310h06a4308_0.conda | 190269 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/gast-0.4.0-pyhd3eb1b0_0.conda | 14575 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/cachetools-4.2.2-pyhd3eb1b0_0.conda | 14216 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:12 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/astunparse-1.6.3-py_0.conda | 18290 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:13 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/pyasn1-modules-0.2.8-py_0.conda | 74420 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:13 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/google-pasta-0.2.0-pyhd3eb1b0_0.conda | 48054 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:13 | | repo.anaconda.con | GET | 200 | /pkgs/main/noarch/keras-preprocessing-1.1.2-pyhd3eb1b0_0.conda | 36798 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:13 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/tensorboard-2.10.0-py310h06a4308_0.conda | 5912617 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:14 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/keras-2.10.0-py310h06a4308_0.conda | 1639649 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:15 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/wrapt-1.14.1-py310h5eee18b_0.conda | 84078 |
| System/Mirroring: Packages / A domain | 2023-07-31 15:32:15 | | repo.anaconda.con | GET | 200 | /pkgs/main/linux-64/termcolor-2.1.0-py310h06a4308_0.conda | 12611 |