## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS GROUP, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>     Plaintiffs and Counterclaim Defendants,<br><br>     v.<br><br>ANACONDA, INC.,<br><br>     Defendant and Counterclaim Plaintiff. | C.A. No.  25-178-CFC |

### PLAINTIFFS' ANSWER TO DEFENDANT ANACONDA, INC.'S COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs-Counterclaim Defendants Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Group, Inc., and Airbus Defence and Space Ltd. (collectively, "Airbus Entities" or "Plaintiffs"), by and through its attorneys, answer the counterclaims ("Counterclaims," D.I. 11) of Defendant Anaconda, Inc. ("Anaconda" or "Defendant") as follows:

The Airbus Entities deny all allegations and claims in Anaconda's Counterclaims unless expressly admitted in the following paragraphs.  Any factual allegations admitted below is admitted only as to the specific admitted facts, and not as to any purported conclusions, characterizations, implications, or speculations that might follow.  The Airbus Entities do not individually respond to the unnumbered paragraphs at pages 1-7 of D.I. 11, which appear to be an attempt to summarize Anaconda's Counterclaims.  Instead, the Airbus Entities restate and

incorporate by reference its responses to paragraphs 1-86 below.  To the extent a response is required and not explicitly given here, the Airbus Entities deny such allegations.

## NATURE OF THE ACTION[1]

1.       Admitted that Anaconda purports to assert Counterclaims under the copyright laws and for breach of contract.  The Airbus Entities deny all of Anaconda's Counterclaims.

## PARTIES

2.       Admitted.

3.       Admitted.

4.       Admitted.

5.       Admitted.

6.       Admitted.

7.       Airbus Group, Inc. was a corporation organized and existing under the laws of Delaware, with its principal place of business in Fairfax County, Virginia.  Airbus Group, Inc. merged with and into Airbus Americas, Inc., a Delaware corporation, on December 31, 2022.

8.       Admitted.

9.       Admitted.

## JURISDICTION AND VENUE

10.      Admitted.

11.      Admitted that the Airbus Entities have consented to personal jurisdiction for purposes of this action.

---

[1] The Airbus Entities adopt the headings utilized in Anaconda's Counterclaims for ease of understanding.  The Airbus Entities adoption of these headings should not be construed as an admission of any allegations.

12.    Admitted that venue is proper in this Court with respect to Airbus Group, Inc., Airbus U.S. Space & Defense, Airbus Helicopters, Inc. and Airbus DS Government Solutions for purposes of this action.

## FACTUAL BACKGROUND

13.    The Airbus Entities are without sufficient information to form a belief as to the truth of the allegations of this paragraph, and on that basis deny them.

14.    Admitted that the term "packages" can refer to collections of software modules and functions.  Admitted that "pandas," "NumPy," and "SciPy" are examples of common open-source tools, which Anaconda did not author.  Further admitted that software development "environments" can include a number of separate packages that a developer has installed.  The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis deny them.

15.    Admitted that Anaconda developed at least portions of the conda application and that conda is an open-source package-management system and environment management system.  The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis deny them.

16.    Admitted that the conda package-and environment-management software is free and open source.  Admitted that Anaconda has created at least portions of conda-compatible packages, but denied to the extent Anaconda contends it created the underlying source code corresponding to the "8,000 conda-compatible packages" at issue in paragraph 16.  Admitted that third parties have also created conda-compatible packages.  Admitted that some conda-compatible packages are stored in the Anaconda repository and the Anaconda Distribution. Anaconda's definition for "Anaconda's Terms of Service" includes at least four separate

3

documents with service terms that incorporate additional documents as well. These documents speak for themselves. To the extent Anaconda purports to allege what it contends is the proper legal construction of aspects of those documents, or ultimate issues of breach of or compliance with those documents, Anaconda alleges a legal conclusion to which no response is required. Otherwise, the Airbus Entities deny Anaconda's factual allegations to the extent they do not accurately represent the documents' true content and context. The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

17.      The Airbus Entities are without sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

**The Anaconda Distribution**

18.      Admitted that Anaconda purports to offer a software distribution that it refers to as the "Anaconda Distribution;" however, the term "Anaconda Distribution" is not clearly defined in Anaconda's Counterclaims. The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph, and on that basis denies them.

19.      The Airbus Entities deny that the activities allegedly performed by Anaconda that are listed in paragraph 19 reflect "creative choices" or reflects copyrightable subject matter. The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph and on that basis denies them.

20.      The Airbus Entities are without sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

21.     The Airbus Entities are without sufficient information to form a belief as to the truth of the allegations in this paragraph, and on that basis denies them.

22.     Admitted that Anaconda offers downloads of software it describes as the Anaconda Distribution on its public website.  To the extent the allegations in paragraph 22 purport to describe or quote one or more documents or websites, those documents or websites speak for themselves. To the extent Anaconda purports to allege what it contends is the proper legal construction of aspects of those documents, or ultimate issues of breach of or compliance with those documents, Anaconda alleges a legal conclusion to which no response is required. Otherwise, the Airbus Entities deny Anaconda's factual allegations to the extent they do not accurately represent the documents' true content and context.

**Anaconda's Revised Terms of Service**

23.     Admitted that Anaconda revised its terms of service in March 2020.  To the extent the allegations in paragraph 23 purport to describe or quote one or more documents, those documents speak for themselves.  To the extent Anaconda purports to allege what it contends is the proper legal construction of aspects of those documents, or ultimate issues of breach of or compliance with those documents, Anaconda alleges a legal conclusion to which no response is required.  Otherwise, the Airbus Entities deny Anaconda's factual allegations to the extent they do not accurately represent the documents' true content and context.

24.     Admitted that Anaconda revised its Terms of Service at various times.  The Airbus Entities are without sufficient information to form a belief as to the truth of the allegation that Anaconda's Terms of Service "have been publicly available on its website" "[s]ince at least 2020," and on that basis denies it.  The remaining allegations of this paragraph constitute legal

conclusions to which no response is required. The Airbus Entities specifically deny that they have breached any version of the Terms of Service.

25.    To the extent the allegations in paragraph 25 purport to describe or quote the March 2020 Terms of Service, the document speaks for itself. The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context. The remaining allegations of this paragraph constitute legal conclusions to which no response is required. To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

26.    Anaconda's definition for "Anaconda's Terms of Service" includes at least four separate documents with service terms that incorporate additional documents as well. These documents speak for themselves. To the extent Anaconda purports to allege what it contends is the proper legal construction of aspects of those documents, or ultimate issues of breach of or compliance with those documents, Anaconda alleges a legal conclusion to which no response is required. Otherwise, the Airbus Entities deny Anaconda's factual allegations to the extent they do not accurately represent the documents' true content and context. The Airbus Entities further deny that the term "mirroring" has the meaning ascribed to it by Anaconda in footnote 3, and thus deny all allegations that rely or incorporate that definition, including the factual allegations in footnote 3. In particular, the definition of "mirroring" in footnote 3 is inconsistent with how that term is defined and used in the contracts at issue.

27.    To the extent the allegations in paragraph 27 purport to describe or quote Anaconda's March 2020 Terms of Service, the document speaks for itself. The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.

28.     To the extent the allegations in paragraph 28 purport to describe or quote Exhibit A to Anaconda's Counterclaims, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.

29.     Admitted that Anaconda revised its terms of service in October 2020.  To the extent the allegations in paragraph 29 purport to describe or quote Anaconda's October 2020 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.

30.     To the extent the allegations in paragraph 30 purport to describe or quote Anaconda's April 2023 Terms of Service, the document speaks itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

31.     To the extent the allegations in paragraph 31 purport to describe or quote Anaconda's April 2023 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

32.     To the extent the allegations in paragraph 32 purport to describe or quote Anaconda's March 2024 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content

and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

33.     To the extent the allegations in paragraph 33 purport to describe or quote the March 2024 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

34.     To the extent the allegations in paragraph 34 purport to describe or quote Anaconda's March 2024 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.

35.     To the extent the allegations in paragraph 35 purport to describe or quote Anaconda's March 2024 Terms of Service, the document speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

36.     To the extent the allegations in paragraph 36 purport to describe or quote the repo.anaconda.com webpage, the webpage speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the webpage's true content or context. The Airbus Entities are without sufficient information to form a belief as to the prior content of

the repo.anaconda.com webpage or what Anaconda "has strived to apprise its users of'" and, on that basis, deny the allegations of this paragraph.

37.    To the extent the allegations in paragraph 37 purport to describe or quote the screenshot in paragraph 37, the screenshot speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the webpage's true content or context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

38.    The allegations of this paragraph constitute legal conclusions to which no response is required. Otherwise, denied .

### The Asserted Copyright and Protected Material

39.    Admitted that a copyright registration certificate is attached to Anaconda's Counterclaims as Exhibit C.  Otherwise, denied.

40.    Admitted that the copyright registration certificate attached as Exhibit C states that the title of the copyrighted work is "Anaconda Distribution and Associate Packages Release 2024.02-01."  The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph and on that basis denies them.

41.    Denied.

42.    The Airbus Entities deny that selection of a particular version of Python for use with open source software like pandas, which Anaconda did not itself create, is an exercise of "creative discretion and judgment" or is entitled to copyright protection.  The Airbus Entities are without sufficient information to form a belief as to the truth of the remaining allegations in this paragraph and on that basis denies them.

43.     Denied as to the Airbus Entities.  Otherwise, the Airbus Entities are without sufficient information to form a belief as to the truth of the allegations in this paragraph and on that basis denies them.

**Airbus Entities' Unauthorized Use of the Anaconda Distribution and Associated Packages**

44.     The allegations of this paragraph constitute a legal conclusion to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

45.     Admitted.

46.     Denied.

47.     Admitted.

48.     Admitted.

49.     Admitted that Airbus Group, Inc. had more than 200 employees from March 2020 to December 2022.  Airbus Group, Inc. merged with and into Airbus Americas, Inc., a Delaware corporation, on December 31, 2022.

50.     Admitted.

51.     The allegations of this paragraph constitute a legal conclusion to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

52.     Admitted that on March 1, 2023 Airbus Defence and Space, Ltd. paid for a one year 50 user license.  Otherwise, denied.

53.     Admitted that in February 2024 Anaconda sent an e-mail to an Airbus Defence and Space Ltd. employee contending that "Anaconda (including the installers, premium repo and also mirroring this repo) is heavily used in several parts of Airbus" and attempting to introduce

the Airbus employee to whom appear to be sales representatives who sought to sell a larger software license to Airbus Defence and Space Ltd. or the Airbus Entities more broadly.  Also in February 2024, Anaconda sent a cease and desist letter to unspecified "Airbus entities " demanding that they "cease and desist any and all unauthorized usage beyond [their] contracted amount."  To the extent the allegations in paragraph 53 purport to describe or quote one or more of those documents, those documents speak for themselves.  The Airbus Entities further deny these allegations to the extent they do not accurately represent the documents' true content and context.

54.     The Airbus Entities deny that Anaconda attempted to negotiate "an appropriate license."  Instead, Anaconda's apparent strategy with Airbus has been to extract a windfall license payment and its price demands in its licensing correspondence do not appear to have been calculated in a principled manner or based on legitimate arms-length licensing terms. Admitted that Anaconda directed a demand letter to certain "Airbus entities" on February 27, 2024, stating certain factual and legal positions, with which the Airbus Entities disagree. Admitted that the letter of February 27, 2024 included a demand for "scans," and admitted that the Airbus Entities did not provide the demanded "scans" to Anaconda, but denied that the demanded scans were configured to provide accurate or useful information regarding the software that Anaconda purports to own and/or have a right to license.  To the extent the allegations in paragraph 54 purport to describe or quote one or more documents, those documents speak for themselves. The Airbus Entities further deny these allegations to the extent they do not accurately represent the documents' true content and context.

55.     Admitted.

56.     The allegations of this paragraph constitute a legal conclusion to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

57.     Admitted that Anaconda directed demand letters to Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., and Airbus Group, Inc.  Admitted that in February 2024 Anaconda sent an e-mail to an Airbus Defence and Space Ltd. employee contending that "Anaconda (including the installers, premium repo and also mirroring this repo) is heavily used in several parts of Airbus" and attempting to introduce the Airbus employee to what Airbus believes were sales representatives who sought to sell a larger software license to Airbus Defence and Space Ltd. or the Airbus Entities more broadly.  To the extent the allegations in paragraph 57 purport to describe or quote one or more documents, those documents speak for themselves.  The Airbus Entities deny the allegations to the extent they do not accurately represent the documents' true content and context.  Admitted that the Airbus Entities did not renew the license or pay for further licenses, otherwise denied.

58.     Admitted that in February 2024, Anaconda sent a cease and desist letter to unspecified "Airbus entities" demanding that they "cease and desist any and all unauthorized usage beyond [their] contracted amount."  To the extent the allegations in paragraph 58 purport to describe or quote the February 27, 2024 letter, the letter speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the letter's true content and context.  Anaconda's allegations regarding "over 28,000 packages" and "mirror[ing]" of unspecified "Proprietary Components" are vague and unclear, including in view of Anaconda's inconsistent definition of "mirror[ing]," and Airbus notes that Anaconda has not provided the records upon which it apparently purports to base these allegations, and denies these allegations

12

on these bases.  The Airbus Entities will investigate these allegations in the course of discovery.
The remaining allegations of this paragraph constitute legal conclusions to which no response is
required.  To the extent this paragraph alleges that certain facts compel a legal conclusion,
denied.

59.    The Airbus Entities are without sufficient information to form a belief as to the
truth of the allegations set forth in this paragraph, and on that basis denies them.

60.    The allegations of this paragraph constitute legal conclusions to which no
response is required.  To the extent this paragraph alleges that certain facts compel a legal
conclusion, denied.

61.    The allegations of this paragraph constitute legal conclusions to which no
response is required.  To the extent this paragraph alleges that certain facts compel a legal
conclusion, denied.

62.    The Airbus Entities do not "allow their employees, and/or other individuals acting
at their direction or on their behalf," to make unlawful or unauthorized use of software.
Otherwise, the allegations of this paragraph constitute legal conclusions to which no response is
required.  To the extent this paragraph alleges that certain facts compel a legal conclusion,
denied.

63.    The allegations of this paragraph constitute legal conclusions to which no
response is required.  To the extent this paragraph alleges that certain facts compel a legal
conclusion, denied.

64.    The allegations of this paragraph constitute legal conclusions to which no
response is required.  To the extent this paragraph alleges that certain facts compel a legal
conclusion, denied.

65.     The allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

66.     The allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

67.     The allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.  To the extent the allegations in paragraph 67 purport to describe or quote one or more documents, those documents speak for themselves.  The Airbus Entities deny the allegations to the extent they do not accurately represent the documents' true content and context.

68.     The allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

69.     Admitted that in February 2024, Anaconda sent a cease and desist letter to unspecified "Airbus entities" demanding that they "cease and desist any and all unauthorized usage beyond [their] contracted amount."  To the extent the allegations in paragraph 69 purport to describe or quote one or more documents, those documents speak for themselves.  The Airbus Entities deny the allegations to the extent they do not accurately represent the documents' true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

70.     To the extent the allegations in paragraph 70 purport to describe or quote the May 20, 2024 letters, the letters speak for themselves.  The Airbus Entities deny the allegations to the extent they do not accurately represent the documents' true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

71.     To the extent the allegations in paragraph 71 purport to describe or quote the January 16, 2024 letter, the letter speaks for itself.  The Airbus Entities deny the allegations to the extent they do not accurately represent the document's true content and context.  The remaining allegations of this paragraph constitute legal conclusions to which no response is required.  To the extent this paragraph alleges that certain facts compel a legal conclusion, denied.

## COUNT I
### Direct Copyright Infringement

72.     The Airbus Entities incorporate by reference its responses in the preceding paragraphs 1-71.

73.     Denied.

74.     Denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

## COUNT II
### Breach of Contract

80.     The Airbus Entities incorporate by reference its responses in the preceding paragraphs 1-79.

81.     Denied.

82.     Denied.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

## PRAYER FOR RELIEF

The Airbus Entities deny that Anaconda is entitled to any relief, including any of the relief sought in paragraphs (A) through (J) of Anaconda's Prayer for Relief.  To the extent that any statement in the Prayer for Relief is deemed factual, it is denied.

## JURY DEMAND

The Airbus Entities deny that Anaconda is entitled to trial by jury on any issue because, *inter alia*, Anaconda waived its right to a jury trial under the contract at issue.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE
### (Failure to State a Claim)

1.     Anaconda's Counterclaims fail, in whole or in part, to state a claim upon which relief may be granted as a matter of law.

**SECOND DEFENSE**
**(Lack of Copyrightable Subject Matter)**

2.      Anaconda's copyright claims are barred because Anaconda's purported copyrights at issue are unprotectable and otherwise ineligible for protection, including because (a) they lack original expression as required by 17 U.S.C. § 102(a); (b) they encompass ideas, procedures, processes, systems, methods of operations, concepts, principles or discovery as prohibited by 17 U.S.C. § 102(b); and (c) they are functional or utilitarian as prohibited by 17 U.S.C. § 101.

**THIRD DEFENSE**
**(Invalid Copyright Registration)**

3.      Anaconda's copyright claims are barred because the copyright registration at issue are invalid and/or were obtained through knowing and material misstatements or omissions in the application submitted to the United States Copyright Office.

**FOURTH DEFENSE**
**(Dedication to the Public)**

4.      Anaconda's copyright claims are barred because Anaconda has dedicated to the public some or all of the underlying material and is estopped from claiming any infringement of any such public domain materials.  By way of non-limiting example, Anaconda's own website explains that "conda, the package installation and environment management software, is free to use by anyone and always has been. It's also open source (and always has been)."

**FIFTH DEFENSE**
**(Implied License or Permission)**

5.      Anaconda's claims of copyright infringement are barred because the Airbus Entities have an implied license or permission to use the copyrighted materials. By way of non-limiting example, Anaconda's own website explains that "conda, the package installation and

environment management software, is free to use by anyone and always has been.  It's also open source (and always has been)."

### SIXTH DEFENSE
### (No Damages or Limitation of Damages)

6.      Anaconda's claims for damages are barred or limited, including as specified by the contract at issue.

### SEVENTH DEFENSE
### (No Injunctive Relief)

7.      Anaconda is not entitled to injunctive relief as, at a minimum, Anaconda has not suffered any irreparable injury.  Anaconda has an adequate remedy at law for its alleged injuries.

### EIGHTH DEFENSE
### (Abandonment)

8.      Anaconda's copyright claims are barred, in whole or in part, by the doctrine of abandonment.  By way of non-limiting example, Anaconda's own website explains that "conda, the package installation and environment management software, is free to use by anyone and always has been.  It's also open source (and always has been)."

### NINTH DEFENSE
### (Waiver)

9.      Anaconda's copyright claims are barred, in whole or in part, by the doctrine of waiver.  By way of non-limiting example, Anaconda's own website explains that "conda, the package installation and environment management software, is free to use by anyone and always has been.  It's also open source (and always has been)."

### TENTH DEFENSE
### (Estoppel)

10.     Anaconda's claims are barred, in whole or in part, by the doctrine of estoppel.

### ELEVENTH DEFENSE
### (Acquiescence)

11.     Anaconda's claims are barred, in whole or in part, by the doctrine of acquiescence.

### TWELFTH DEFENSE
### (Lack of Willfulness)

12.     The Airbus Entities have not willfully infringed any valid Anaconda copyright.

### THIRTEENTH DEFENSE
### (Registration as a Prerequisite for Remedies)

13.     Anaconda is barred, in whole or in part, by 17 U.S.C. § 412 from claiming statutory damages or attorney's fees under the Copyright Act to the extent that any alleged acts of infringement occurred before registration of Anaconda's alleged work.

### FOURTEENTH DEFENSE
### (Copyright Misuse)

14.     Anaconda's copyright claims against the Airbus Entities are barred by the doctrine of copyright misuse. Anaconda has engaged in copyright misuse by using its copyright in an unlawful attempt to secure an exclusive right or monopoly not within the limited monopoly granted by the Copyright Office and which is contrary to the public policy grant. Anaconda has wrongfully attempted to gain greater rights than are permissible by alleging infringement beyond the exclusive rights and limited monopoly granted by the Copyright Act.

### FIFTEENTH DEFENSE
### (Copyright Preemption)

15.     Anaconda's contract-based claims are preempted, in whole or in part, by federal copyright law.

## SIXTEENTH DEFENSE
### (Contracts Are Void)

16.     Anaconda's contract-based claims are barred, in whole or in part, because the contract at issue is void and unenforceable.

## SEVENTEENTH DEFENSE
### (Lack of Notice)

17.      Anaconda's contract-based claims are barred in whole or in part based on lack of notice.

## EIGHTEENTH DEFENSE
### (Vague, Ambiguous, and Otherwise Unintelligible Contract)

18.     Anaconda's contract-based claims are barred in whole or in part because the contract at issue utilizes vague, ambiguous, and otherwise unintelligible term thereby preventing a meeting of the minds as to the scope, rights, reservations, and restrictions of the alleged license.

## NINETEENTH DEFENSE
### (Failure to Mitigate)

19.     Anaconda's claims are barred, in whole or in part, by its failure to mitigate the alleged injury and its failure to mitigate alleged damages.

## TWENTIETH DEFENSE
### (Unclean Hands)

20.     Anaconda's claims are barred by the doctrine of unclean hands.

## TWENTY-FIRST DEFENSE
### (Merger Doctrine)

21.     Anaconda's copyright claims are barred by the merger doctrine.

## TWENTY-SECOND DEFENSE
### (Scènes à Faire)

22.      Anaconda's copyright claims are barred by the *scènes à faire* doctrine.

## TWENTY-THIRD DEFENSE
### (*De Minimis* Doctrine)

23.     Anaconda's copyright claims are barred by the *de minimis* doctrine.

## TWENTY-FOURTH DEFENSE
### (No Attorneys' Fees)

24.     Anaconda cannot recover attorneys' fees and has identified no basis for such recovery.

## TWENTY-FIFTH DEFENSE
### (No Statutory Damages)

25.     Anaconda cannot recover statutory damages for copyright infringement alongside actual damages and profits under 17 U.S.C. § 504(c)(1).

## TWENTY-SIXTH DEFENSE
### (Standing)

26.     Anaconda lacks standing to sue on at least part of its copyright claim under Article III of the Constitution.

## RESERVATION OF ADDITIONAL DEFENSES

27.     The Airbus Entities reserve all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure as well as any and all additional defenses that may be available to the Airbus Entities in law or equity, now existing or later arising, as may be discovered over the course of this litigation.

## PRAYER FOR RELIEF

WHEREFORE, the Airbus Entities respectfully request the following relief:

        (a)     dismissal of Anaconda's Counterclaims against the Airbus Entities in their entirety with prejudice;

(b)    judgment in the Airbus Entities' favor and against Anaconda on all counts of Anaconda's Counterclaims;

(c)    denial of Anaconda's request for permanent injunctive relief;

(d)    denial of Anaconda's requests for damages;

(e)    denial of Anaconda's request for an order of impounding or destruction;

(f)    denial of Anaconda's request for attorneys' fees, statutory costs, and expenses;

(g)    an award to the Airbus Entities of its attorneys' fees, costs, and non-attorneys' fees incurred in defending against Anaconda's Counterclaims; and

(h)    such other and further relief as the Court deems just and proper.

Dated: May 19, 2025

FISH & RICHARDSON P.C.

*/s/ Grayson P. Sundermeir*
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone: (302) 652-5070
sundermeir@fr.com

OF COUNSEL:
Frank E. Scherkenbach (*pro hac vice*)
Adam J. Kessel (*pro hac vice*)
Andrew Pearson (*pro hac vice*)
Daniel H. Wade (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
scherkenbach@fr.com; kessel@fr.com;
pearson@fr.com; wade@fr.com

Shaun Van Horn (*pro hac vice*)
FISH & RICHARDSON P.C.
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
vanhorn@fr.com

*Attorneys for Plaintiffs Airbus Entities*