# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIRBUS SAS, AIRBUS DS GOVERNMENT SOLUTIONS, INC., AIRBUS HELICOPTERS, INC., AIRBUS U.S. SPACE & DEFENSE, INC., AIRBUS GROUP, INC., and AIRBUS DEFENCE AND SPACE LTD., | ) ) ) ) ) ) ) | C.A. No. 25-178-CFC-SRF |
| Plaintiffs and Counterclaim Defendants, | ) ) | |
| v. | ) ) | |
| ANACONDA, INC., | ) ) | |
| Defendant and Counterclaim Plaintiff. | ) | |

## DEFENDANT AND COUNTERCLAIM PLAINTIFF ANACONDA, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Defendant and Counterclaim-Plaintiff Anaconda, Inc. ("Anaconda") moves for a preliminary injunction enjoining Plaintiffs Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Americas, Inc., and Airbus Defence and Space Ltd., (collectively, "Airbus") from downloading and using Anaconda's software and an order requiring Airbus to provide Anaconda with a report by an independent forensic examiner, at Airbus's expense, showing that Anaconda's packages and installers have been removed from Airbus's systems.

The grounds for this Motion are set forth in Anaconda's Opening Brief in support of this Motion, the supporting declarations of Jane Kim, Frank Yang, Peter

Malaspina, Michael Mitzenmacher, Cheng Lee, and Holly Victorson, and exhibits attached thereto, filed contemporaneously herewith.  Pursuant to D. Del. L.R. 7.1.4, Anaconda respectfully requests oral argument for this Motion.

<table>
<tr><td></td><td>/s/ Kelly E. Farnan</td></tr>
</table>

OF COUNSEL:

Sarang V. Damle
Rachel L. Weiner Cohen
Ashley M. Fry
Holly Victorson
Raymond M. Gans
Nicole E. Bruner
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C., 20004
sy.damle@lw.com
rachel.cohen@lw.com
ashley.fry@lw.com
holly.victorson@lw.com
ray.gans@lw.com
nicole.bruner@lw.com


Dated:  October 17, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendant Anaconda, Inc.*