IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS, AIRBUS DS GOVERNMENT SOLUTIONS, INC., AIRBUS HELICOPTERS, INC., AIRBUS U.S. SPACE & DEFENSE, INC., AIRBUS GROUP, INC., and AIRBUS DEFENCE AND SPACE LTD., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ANACONDA, INC., <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 25-178-CFC-SRF |

### [PROPOSED] ORDER

WHEREAS, Defendant and Counterclaim Plaintiff Anaconda, Inc. ("Anaconda"), having moved for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2025, as follows:

1. The Motion is **GRANTED**;

2. Plaintiffs Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Americas, Inc., and

Airbus Defence And Space Ltd., (collectively, "Airbus"), and their officers, partners, agents, employees, parents, subsidiaries, divisions, affiliate corporations, other related business entities and all other persons acting in concert, participation, or in privity with them, and their successors and assigns, are hereby preliminarily restrained and enjoined from downloading and using Anaconda's software.

3. Within 30 days of this Order, Plaintiffs Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Americas, Inc., and Airbus Defence And Space Ltd. are hereby ordered to provide Anaconda with a report by an independent forensic examiner, at Airbus's expense, showing that Anaconda's software has been removed from Airbus's systems and preserved for purposes of this litigation.

4. This Order shall remain in effect until further order of the Court.

_____
Chief United States District Judge