# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>ANACONDA, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 1:25-cv-00178-CFC-SRF |

## DECLARATION OF CHENG LEE IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF ANACONDA, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

I, Cheng Lee, declare that:

1. I submit this declaration in support of the Motion for a Preliminary Injunction filed by Defendant and Counterclaim-Plaintiff Anaconda, Inc. ("Anaconda"). The information contained in this declaration is based on my own personal knowledge.

2. I am a Principal Software Engineer at Anaconda. I have held this position since April of 2020, when I joined Anaconda.

1

3. I received a Bachelor of Science in Electrical Engineering and Computer Science from the University of Texas at Dallas in 2004. I received a Master of Science in Electrical Engineering from the University of Texas at Dallas in 2006.

4. In my role at Anaconda, I am a technical lead responsible for the software and infrastructure that go into creating and maintaining the Anaconda Distribution. I lead over 40 engineers who create, test, build, manage, and update the components of the Anaconda Distribution. These engineers are broken into multiple teams that report directly to several managers. These managers and I report to the Vice President of Distribution, Ken Thompson.

5. Python is a general purpose, open source programming language that is used in a variety of contexts, platforms, and applications. Python is a popular language for developers, and the community of Python developers has created ecosystems of pre-built software libraries. These pre-built software libraries were created, and are maintained, by various members of the Python community, and many of those libraries are open source. Many Python projects rely on those pre-built open-source libraries, and the libraries themselves may depend on each other for certain functionalities. The diversity of these pre-built libraries has created significant versatility and efficiencies in Python programming. However, installation of numerous packages developed by different developers, along with

their various dependencies, can create complex challenges. For example, changes in the dependencies of one software library might inadvertently affect another installed on the same platform, which can create errors or unexpected behavior.

6. I understand that around 2012, a company called Continuum Analytics, which was later renamed to become Anaconda, developed a package- and environment-management system called conda. Conda is designed to help programmers conduct scientific computing using the Python programming language by simplifying the process of using disparate software libraries in the same computing environment. The software libraries, known as "packages," in the conda environment come bundled with their requirements and dependencies, making it easier for developers to install and use packages, warning users when the packages conflict or cannot be installed together in a compatible way. Anaconda continues to be a primary contributor to conda's development and maintains key infrastructure for it, though conda is an open-source project with broader community involvement. Conda is available for free under an open source license.

7. Anaconda creates and maintains a vast archive of conda-compatible packages for a variety of computing platforms. Users can download Anaconda's conda-compatible packages from repo.anaconda.com ("Anaconda Repository") or by using the Anaconda "defaults" channels within the conda package manager, which also pulls from the Anaconda Repository.

8. Anaconda also creates and releases the "Anaconda Distribution." Anaconda designed the Anaconda Distribution as a one-stop-shop bundle to provide everything needed to start programming in a conda environment. The Anaconda Distribution includes copies of Python and conda, along with hundreds of conda-compatible packages, selected by Anaconda engineers, and Anaconda Navigator, a graphical user interface created by Anaconda that can be used to manage packages and environments. The Anaconda Distribution is designed to enable a user-friendly experience with conda so that a user can install and use a wide variety of packages out of the box with ease. Thanks to its ease of use, the Anaconda Distribution has become one of Anaconda's most popular offerings.

9. Anaconda devotes significant effort to curating and updating the Anaconda Distribution and its component parts. First, Anaconda selects the components of the Anaconda Distribution. As noted above, the Anaconda Distribution contains hundreds of packages. For example, the Anaconda Distribution 2024.02-1 for the win-64 platform contains 491 packages. But those packages included in the Anaconda Distribution are only a small portion of the *thousands* of packages that Anaconda creates and maintains. Anaconda's engineers identify and select each package that will be included for each version of the Anaconda Distribution for each platform (*e.g.*, Linux, macOS, Windows). The selection of packages requires choosing not only which packages to include (*e.g.*, Pandas,

NumPy, scikit-learn), but which version of each package to include (*e.g.*, pandas 2.2.2 or pandas 2.3.0). When making the determination of what packages (and what versions of those packages) to include, Anaconda's engineers weigh numerous factors including the known interactions between packages, the version of Python included in the Distribution, and our determination about what we think Anaconda's customers will find most helpful or interesting. As a general matter, Anaconda prioritizes including packages, and versions of packages, that are more secure and stable for a given platform, sometimes at the cost of excluding packages with the latest updates. Anaconda's engineering teams deploy their expertise to make all of these judgment calls.

10. Anaconda engineers also create and maintain the Anaconda packages that Anaconda distributes through the Anaconda Distribution and the Anaconda Repository. A conda-compatible package contains the upstream libraries and software modules for the package plus a variety of other data and information, including executable components, and metadata and specifications associated with use of the package within the conda environment. Crucially, package-building "recipe" files are also required in order to create conda-compatible packages. Those recipe files reflect the instructions for how to take the upstream source code files and generate a conda-installable package with the metadata and specifications for the package, such as runtime dependencies for that package that conda should enforce.

5

For example, the recipe files allow conda to conduct the analysis of the software packages installed in a software environment, identify dependent software packages, verify the compatibility of packages installed in a common environment, and warn the developer if selected packages cannot be compatible when installed together. Anaconda creates and maintains thousands of its own recipe files for its packages in GitHub repositories.

11. Package recipes can be created in a number of ways. The recipe files could be created from scratch, but they can also start from an existing model or template. In many instances, Anaconda's engineers created their own recipes by starting from another recipe from the "conda-forge" community and then further modifying the recipe files in order to meet Anaconda's own specifications and goals. When starting from a "conda-forge" recipe, Anaconda engineers will "fork" from the conda-forge recipe repository. "Forking" is essentially when a unique version of the repository is created, which can then be modified without affecting the other version.

12. Conda-forge is a community-driven platform to facilitate the sharing and development of open-source conda packages. Conda-forge provides recipe repositories that are open source and allow free access to anyone interested in contributing to the conda-forge projects. Anaconda supports and provides hosting

resources for the conda-forge community, but anyone can contribute to conda-forge projects.

13. Generally, the GitHub repositories containing conda-forge recipes contain a license file in the repository. When an Anaconda engineer "forks" a repository from a conda-forge recipe repository, the Anaconda-owned forked repository will contain a copy of all of the files in the conda-forge recipe repository. Those files may end up remaining in the Anaconda fork of the repository for some time as a vestige of the original conda-forge repository.

14. No matter the source of the creation of the recipe files, Anaconda engineers spend significant time and effort to edit, revise, and maintain the Anaconda package recipes. Anaconda engineers make determinations regarding the dependencies and relationships between the packages, with the goal of ensuring that Anaconda's packages reflect a stable, secure, and resilient environment for its customers on all platforms. Because the programs and libraries reflected in and between packages can have complex and interrelating relationships, carefully navigating these dependencies is crucial for Anaconda's goal of providing an enterprise-grade distribution originating from the wide variety of upstream code. For example, when several packages have shared dependencies, but the versions of those dependencies are different and incompatible, it can result in runtime errors or unexpected program behavior. Identifying and resolving those incompatibilities is

notoriously challenging and time-intensive, and it is sometimes referred to as "dependency hell."

15. When creating and revising the package recipes, Anaconda's engineers can decide whether to include or exclude certain dependencies and features in a package. One of the most common examples is deciding what specific video or image formats to support or what compression algorithms to support. The recipes also allow the engineers to specify the dependencies for the package and the versions of those dependencies that should be installed.

16. Sometimes, the first attempt to build a package will fail with compiler or linker errors, often caused by missing dependencies. It is the Anaconda engineer's job to then examine these errors and modify the recipe to identify appropriate dependencies, again using their judgment to ensure that those choices will result in a reliable and secure package.

17. When baking, making even small changes to a recipe can significantly change the end product. For example, the end result for chocolate chip cookies can be vastly different, depending on the amount of flour, salt, sugar, baking soda, egg, and chocolate chips, or other ingredients are used. The same basic concept applies to the dependencies and other parameters in the package recipe files, on a much more complex scale. When Anaconda engineers make decisions on the parameters and the dependencies of the packages, there is no one thing that dictates their decisions.

Instead, Anaconda must balance many different factors including, but not limited to, speed, reliability, the latest features and updates, legacy support, and security. The decisions that Anaconda's engineers make when structuring the recipe files impacts and alters the final products of the conda-compatible packages.

18. Once a conda-compatible package is created, Anaconda's job is not over. As the underlying software libraries that make up the packages are not static, to ensure that the packages continue to operate smoothly, Anaconda has to actively monitor them. Each time the maintainer of an underlying software library makes an update, Anaconda determines how the changes impact its packages. These updates can have ripple effects on the package for the changed library itself, for example, the version of Python it is compatible with or how it interoperates with other packages. The ripple effects can also extend to other packages that depend on, or interface with, the changed library. This reality requires Anaconda to constantly monitor and update its packages.

19. Ensuring that the packages properly operate requires Anaconda to make careful and thoughtful decisions on the parameters and dependencies of the packages. Because of Anaconda's careful monitoring and updates, users are no longer distracted by package management issues and can instead focus on using the packages within their own projects, instead of handling distracting compatibility and versioning conflicts or testing for security issues. This is a significant effort.

Anaconda maintains a team of about 40–50 engineers who are dedicated to package assessment, evaluation, and revisions.

20. Anaconda hosts thousands of packages on the Anaconda Repository, built by Anaconda for a variety of platforms, including Linux, MacOS, and Windows. For example, there are over 45,000 unique package builds currently hosted on https://repo.anaconda.com/pkgs/main/win-64/.

21. Anaconda is not the only source of conda packages. Any other developer could create their own conda-compatible packages. And, as discussed above, conda-forge provides open source versions of conda-compatible recipes and packages. In fact, Anaconda provides user-friendly guides on how to create and build your own conda-compatible packages. Although Anaconda provides these tutorials and access to download, compile, install, and test conda and the hundreds (if not thousands) of separately maintained software packages for compatibility, it would require the monitoring and updating that numerous Anaconda engineers handle on a daily basis.

22. Choosing the platform on which developers create code is an important decision for developers. Once developers utilize a particular solution for package management and development environments, it can be difficult and time-consuming to move the same project to a new platform.

23. As an Anaconda employee, I understand, and agreed, that all intellectual property rights, including all copyrights, to all of the materials I developed as part of my job at Anaconda belong to Anaconda.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2025 in Austin, Texas.

Signed by:

*Cheng H. Lee*
377AA8FD952A432...

Cheng Lee