# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>　　　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>ANACONDA, INC.,<br><br>　　　　Defendant and Counterclaim Plaintiff. | C.A. No. 25-178-CFC-SRF<br><br>███████████<br><br>███████████ |

## DECLARATION OF FRANK YANG IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF ANACONDA, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

I, Frank Yang, declare as follows:

**Background**

1. I am Principal Solutions Architect and Senior Technical Account Manager at Anaconda, Inc. ("Anaconda"). I have held the position of Principal Solutions Architect since July 2022. I have held the position of Senior Technical Account manager since August 2021. I was previously Manager of Technical

Consulting at Anaconda from May 2018 to August 2021 and Software Architect at Anaconda from 2014 to May 2018.

2. I received a Bachelor of Arts degree in Cognitive Science, with an emphasis in Computer Science, from the University of California, Berkeley, in 1999. I received a Master of Science degree in Software Engineering from Golden Gate University in 2003.

3. I lead Solutions Architecture, which strives to understand usage patterns and help customers get value from their engagement with Anaconda. This includes providing guidance on enterprise planning, best practice, and the configuration and integration of software and data systems.

4. Most notably here, I am a lead in Anaconda's usage analytics telemetry operations, meaning I serve as a lead in Anaconda's efforts to ▮▮▮▮▮▮ ▮▮▮▮▮▮ such as its packages and installers. Although Anaconda's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, some of which I describe in greater detail below, Anaconda uses ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

5. Anaconda ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████

██████████████████████████████████████████████████████

████████████████████████████████████████████,[1]

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████

6. ██████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████

7. ██████████████████████████████████████████████

██████████████████████████████████████████████████████

---

[1] Prior to March 2023, ████████████████████████████████████
████████████████████████████

3

█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████

███████.[2]

8.   ███████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████ For example, Exhibit 1[3] █████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████

---

[2] ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

[3] Exhibit 1 is a printout of the spreadsheet titled "███████████████", which I created.

9. Finally, ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███.

10. One ████████████ of ████████████ is that, in the case of a large organization that encompasses many different legal entities, sometimes in different parts of the world, Anaconda ██████████████████████

████████████████████████████████████.

11. In addition to █████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████

**Airbus Usage Data**

12. I queried ▉▉▉▉▉▉▉▉▉▉ to pull the ▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ from March 2020 through October 9, 2025 that Anaconda ▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ using the procedure described above. In particular, I pulled the ▉▉▉▉▉▉▉▉ all individual Anaconda packages[4] and versions of the Anaconda Distribution "installer" (sometimes called the "Anaconda Distribution" or the "Anaconda Distribution Installer"), which includes a bundle of multiple packages,[5] during that time period. To be conservative, though, I did not include any ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉.

13. I provided the ▉▉▉▉▉▉▉ that I pulled using the procedure described above to Dr. Michael Mitzenmacher.

14. For at least four reasons, it is highly likely that the ▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Anaconda packages and the Anaconda Distribution. First, Anaconda's ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

---

[4] Those packages can be found at https://repo.anaconda.com/pkgs/, as well as in some other locations.
[5] The Anaconda Installer versions can be found at https://repo.anaconda.com/archive/.

██████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████

15. Second, there are likely ████████ that are maintained by Airbus that are not accounted for in ████████████████████████████ I described above. For example, I understand that Airbus has claimed ownership over a substantial number of ██████████ during the course of this litigation that Anaconda had not previously identified as belonging to Airbus (because the ████████████ ██████████████████████████████████████). Although I have included ██████████ from these self-identified ████████ in the ██████ ██ that I pulled, this shows that it is not always easy to identify all ██████ ████████. Additionally, Anaconda's data systems ████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████ In other words, where an ████████ has been ██████████████████████████████████████████████████████████████ ████████████████████████████ would likely not be captured as a ██████ ████████████

7

16. Third, the number of ███████ from ████████████ ████████ IP addresses likely underestimates ██████████████ for several reasons: (1) ████████████████████████████████████████

████████████████████████████████████████

██████████████ (2) ████████████████████████

████████████████████████ (3) ████████████████

████████████████████████████████ (4) ██████

████████████████████████████████████████

17. Fourth, as explained above, the ████████████████████

████████████████████████████████████████

██████████

18. Additionally, the number of Airbus personnel who have ██

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

8

███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████

**Anaconda's Efforts to Block Airbus**

19. I am generally familiar with the process by which Anaconda sometimes attempts to ███████████████████████████████████████████

████████████████████████  ████████████████████████ █

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████

20. Further, it is █████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████

9

███████████

**Airbus's Notice of and Acceptance of the July 2025 Terms of Service**

21. I am also familiar with certain data regarding Anaconda's July 2025 Terms of Service. In particular, I am familiar with certain data showing ███████ ███████████████████████████

22. When a user attempts to pull Anaconda packages via command line interface, a mechanism called the "TOS plugin" pops up in that interface and asks the user to affirmatively accept the Terms of Service. ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ █████████████████████████ from July 15, 2025 through October 9, 2025. This data is compiled and attached as Exhibit 2, which is a printout of the spreadsheet titled "████████████████████████████", which I created. This exhibit shows, among other things: ████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████ The exhibit thus shows that ████████████████

███████████ This ███████████

███████████ because: (1) ███

███████████ underlying Exhibit 2 ███████████

███████████ for all the reasons stated above; and (2) the TOS plugin is only one way to accept the Terms of Service.

23.   Separately, I understand that, prior to July 15, 2025, Anaconda notified ███ of its users via email of its revised Terms of Service.  Anaconda maintains ███ ███████████ I have queried ███████████ ███████████ I have compiled the full ███████████ A printout of this spreadsheet is attached as Exhibit 3.  This document shows that ███ ███████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025, in Sugar Land, Texas.

By: ___*Frank Yang*___
      Frank Yang

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Grayson P. Sundermeir
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Frank E. Scherkenbach
Adam Kessel
Andrew Pearson
Fish & Richardson P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210

**BY ELECTRONIC MAIL**
Olivia T. Nguyen
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

**BY ELECTRONIC MAIL**
C. William Bootle
Fish & Richardson P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024

**BY ELECTRONIC MAIL**
Daniel H. Wade
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com