# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>ANACONDA, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 25-178-CFC-SRF<br><br>**REDACTED<br>PUBLIC VERSION** |

## DECLARATION OF HOLLY K. VICTORSON IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF ANACONDA, INC.'S MOTION FOR A PRELIMINARY INJUNCTION

I, Holly K. Victorson, declare as follows:

1. I am an attorney at the law firm of Latham & Watkins, LLP, which represents the Defendant and Counterclaim-Plaintiff Anaconda, Inc. ("Anaconda") in the above-captioned lawsuit. I am admitted to practice before this Court *pro hac vice*.

2. This declaration is submitted in support of the Motion for Preliminary Injunction field by Anaconda.

3. Attached as **Exhibit 1** is a true and correct copy of the document titled "Anaconda July 15, 2025 Terms of Service" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006109 *(public document)*.

4. Attached as **Exhibit 2** is a true and correct copy of the document titled "2024.02-1 Anaconda Distribution Copyright Registration" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00000001 *(public document)*.

5. Attached as **Exhibit 3** is a true and correct copy of the document titled "May 20, 2024 C&D letter to Airbus Helicopters" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006684 *(filed under seal)*.

6. Attached as **Exhibit 4** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Application For

2024.06-1" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006559 *(filed under seal)*.

7. Attached as **Exhibit 5** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Deposit for 2024.06-1" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006313 *(filed under seal)*.

8. Attached as **Exhibit 6** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Application For 2024.10-1" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006558 *(filed under seal)*.

9. Attached as **Exhibit 7** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Deposit for 2024.10-1" produced by Anaconda in this matter bearing Bates number. ANACONDA-AIRBUS_00006311 *(filed under seal)*.

10. Attached as **Exhibit 8** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Application For 2025.06-0" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006561 *(filed under seal)*.

11. Attached as **Exhibit 9** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Deposit for 2025.06-0"

produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006310 *(filed under seal)*.

12. Attached as **Exhibit 10** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Application For 2025.06-1" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006560 *(filed under seal)*.

13. Attached as **Exhibit 11** is a true and correct copy of the document titled "Email From the Copyright Office Regarding Registration Deposit for 2025.06-1" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006312 *(filed under seal)*.

14. Attached as **Exhibit 12** is a true and correct copy of the document titled "CircleCI Security Incident Article" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006577 *(public document)*.

15. Attached as **Exhibit 13** is a true and correct copy of the document titled "About the xz Backdoor" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006581 *(public document)*.

16. Lodged with the Court as **Exhibit 14** is a true and correct copy of an Excel spreadsheet titled "Aug-25 Consolidated FS" that was produced by Anaconda in this matter bearing Bates No. ANACONDA-AIRBUS_00006672 *(filed under seal)*.

17. Attached as **Exhibit 15** is a true and correct copy of the document titled "January 16, 2025 C&D letter to Airbus Helicopters, Inc. and Airbus U.S. Space & Defense, Inc." produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006673 *(filed under seal)*.

18. Attached as **Exhibit 16** is a true and correct copy of the document titled "February 27, 2024 C&D letter to Airbus" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006692 *(filed under seal)*.

19. Attached as **Exhibit 17** is a true and correct copy of the document titled "May 20, 2024 C&D letter to Airbus U.S. Space & Defense" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006688 *(filed under seal)*.

20. Attached as **Exhibit 18** is a true and correct copy of the document titled "May 20, 2024 C&D letter to Airbus DS Governmental Solutions" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006680 *(filed under seal)*.

21. Attached as **Exhibit 19** is a true and correct copy of the document titled "May 20, 2024 C&D letter to Airbus Defense and Space, Inc." produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006676 *(filed under seal)*.

22. Attached as **Exhibit 20** is a true and correct copy of the document titled "Airbus License" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006720 *(filed under seal)*.

23. Attached as **Exhibit 21** is a true and correct copy of the document titled "Airbus Defence and Space License" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00006730 *(filed under seal)*.

24. Attached as **Exhibit 22** is a true and correct copy of a capture of the web page repo.anaconda.com accessed on October 17, 2025 *(public document)*.

25. Attached as **Exhibit 23** is a true and correct copy of a capture of the web page https://www.anaconda.com/download accessed on October 17, 2025 *(public document)*.

26. Attached as **Exhibit 24** is a true and correct copy of pages 1483-1509 of the document titled "Anaconda Distribution and Associated Packages Release 2024.02-1 Source Code Excerpt" produced by Anaconda in this matter bearing Bates number ANACONDA-AIRBUS_00000003 *(filed under seal)*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2025 in Seattle, WA.

_____
Holly K. Victorson

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Grayson P. Sundermeir
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Frank E. Scherkenbach
Adam Kessel
Andrew Pearson
Fish & Richardson P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210

**BY ELECTRONIC MAIL**
Olivia T. Nguyen
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063

**BY ELECTRONIC MAIL**
C. William Bootle
Fish & Richardson P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024

**BY ELECTRONIC MAIL**
Daniel H. Wade
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com