# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**TX 9-407-381**

**Effective Date of Registration:**
July 01, 2024

**Registration Decision Date:**
July 09, 2024

---

## Title

**Title of Work:** Anaconda Distribution and Associated Packages Release 2024.02-01

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 26, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Anaconda, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Anaconda, Inc.
1108 Lavaca Street, Suite 110-645, Austin, TX, 78701

## Limitation of copyright claim

**Material excluded from this claim:** Third party computer programs
**New material included in claim:** computer program

## Certification

**Name:** Jessica Reeves
**Date:** July 01, 2024
**Applicant's Tracking Number:** 077807-0001

---

Page 1 of 2

**Correspondence:** Yes

ANACONDA-AIRBUS_00000002