# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIRBUS SAS, AIRBUS DS ) <br> GOVERNMENT SOLUTIONS, INC., ) <br> AIRBUS HELICOPTERS, INC., AIRBUS ) <br> U.S. SPACE & DEFENSE, INC., ) <br> AIRBUS AMERICAS, INC., and ) <br> AIRBUS DEFENCE AND SPACE LTD., ) <br> ) <br> Plaintiffs/Counterclaim Defendants, ) <br> ) <br> v. ) <br> ) <br> ANACONDA INC., ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | C.A. No. 25-178-CFC-SRF <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Defendant Anaconda Inc. ("Anaconda") respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Anaconda's request that Airbus produce source code and other technical and business documents concerning software programs that, according to Airbus documents, depend or rely upon Anaconda software, including in response to at least RFPs 2, 3, 4, 5, 6, 7, 8, 13, 15, 16, 20, 21, 23, 34, 90, and 96
- Anaconda's request that Airbus present noticed party employee witnesses for deposition in a location that permits US-style depositions
- Anaconda's request for an extension of the fact and expert discovery deadlines

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on February 18, 2026.

**Delaware Counsel**: Kelly Farnan (Anaconda); Grayson Sundermeir (Airbus)

**Lead Counsel**: Dan Wade, Kayleigh McGlynn (Airbus); Adam Greenfield, Holly Victorson, Grace McLaughlin, and Courtney Bolin (Anaconda)

Anaconda can be available at the Court's earliest convenience, including on February 26, March 2 and March 3. In addition, the parties will be appearing before Chief Judge Connolly in this case at 1:00 pm on Friday, February 27 and Anaconda can be available earlier that day in person. Fact discovery is currently set to close on March 13, 2026.

Airbus advised it is not available on any of Anaconda's proposed dates but advises that it could make March 4 or 5 work for a teleconference.

| | |
|---|---|
| OF COUNSEL:<br>Sarang V. Damle<br>Adam Greenfield<br>Ashley M. Fry<br>Holly K. Victorson<br>Richard A. Lowry<br>Raymond M. Gans<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com<br>adam.greenfield@lw.com<br>ashley.fry@lw.com<br>holly.victorson@lw.com<br>richard.lowry@lw.com<br>ray.gans@lw.com<br><br>Allison Harms<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>allison.harms@lw.com<br><br>Panya Gupta<br>Grace McLaughlin<br>Yung-Hsiang Sean Shih<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>panya.gupta@lw.com<br>grace.mclaughlin@lw.com<br>sean.shih@lw.com | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Defendant and Counterclaim Anaconda, Inc.* |

3

Shridhar Jayanthi
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
shridhar.jayanthi@lw.com

Lindsay Ella Mae Hardy
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
lindsay.hardy@lw.com


Dated:  February 19, 2026