**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ANACONDA, INC.,<br><br>Defendant. | C.A. No. 25-178-CFC-SRF |
| ANACONDA, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>AIRBUS DEFENCE AND SPACE LTD.,<br>and AIRBUS ATLANTIC SAS,<br><br>Counterclaim-Defendants. | |

**AIRBUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT (NO. 3)**
**THAT ANACONDA'S RECIPES ARE LICENSED**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs-Counterclaim-Defendants Airbus SAS, Airbus DS Government Solutions, Inc., Airbus Helicopters, Inc., Airbus U.S. Space & Defense, Inc., Airbus Americas, Inc., and Airbus Defence and Space Ltd. and Counterclaim-Defendant Airbus Atlantic SAS (collectively, "Airbus") respectfully move this Court to grant partial summary judgment as to Anaconda's counterclaims of copyright infringement based on Anaconda's recipes. The grounds for this Motion are set forth in Airbus's Opening Brief in Support of Its Motion for Partial Summary Judgment (No. 3) That Anaconda's Recipes Are Licensed, and the accompanying Concise Statement of Facts and attached exhibits, which are being filed contemporaneously herewith.

Airbus respectfully requests that the Court grant this Motion and enter the proposed order attached hereto.

Dated: August 20, 2026

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Grayson P. Sundermeir*

Grayson P. Sundermeir (No. 6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
sundermeir@fr.com

OF COUNSEL:

Frank E. Scherkenbach (*pro hac vice*)
Adam J. Kessel (*pro hac vice*)
Andrew Pearson (*pro hac vice*)
Alexander M. Pechette (*pro hac vice*)
Kayleigh E. McGlynn (*pro hac vice*)
Daniel H. Wade (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Telephone: (617) 542-5070
scherkenbach@fr.com;
kessel@fr.com; pearson@fr.com;
pechette@fr.com; mcglynn@fr.com;
wade@fr.com

C. William Bootle (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
bootle@fr.com

*Attorneys for Plaintiffs-*
*Counterclaim-Defendants Airbus*