**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>and AIRBUS DEFENCE AND SPACE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ANACONDA, INC.,<br><br>Defendant. | C.A. No. 25-178-CFC-SRF |
| ANACONDA, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>AIRBUS SAS,<br>AIRBUS DS GOVERNMENT SOLUTIONS, INC.,<br>AIRBUS HELICOPTERS, INC.,<br>AIRBUS U.S. SPACE & DEFENSE, INC.,<br>AIRBUS AMERICAS, INC.,<br>AIRBUS DEFENCE AND SPACE LTD.,<br>and AIRBUS ATLANTIC SAS,<br><br>Counterclaim-Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ________________, 2026, upon consideration of Plaintiffs-Counterclaim Defendants' Motion for Partial Summary Judgment (No. 3) That Anaconda's Recipes Are Licensed, and all papers filed in connection with the motion thereto, IT IS HEREBY ORDERED that:

1. Airbus's motion is GRANTED; and
2. Anaconda is not entitled to damages based on its counterclaims of infringement under the Copyright Act, 17 U.S.C. § 106, to the extent those counterclaims are based on allegations of copying or use of Anaconda's recipes.

SO ORDERED this ______ day, _________________, 2026.

___________________________________
The Honorable Colm F. Connolly
Chief United States District Court Judge