**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AIRBUS SAS,
AIRBUS DS GOVERNMENT SOLUTIONS, INC.,
AIRBUS HELICOPTERS, INC.,
AIRBUS U.S. SPACE & DEFENSE, INC.,
AIRBUS AMERICAS, INC.,
and AIRBUS DEFENCE AND SPACE LTD.,

Plaintiffs,

v.

ANACONDA, INC.,

Defendant.

C.A. No. 25-178-CFC-SRF

[redacted]

ANACONDA, INC.,

Counterclaim-Plaintiff,

v.

AIRBUS SAS,
AIRBUS DS GOVERNMENT SOLUTIONS, INC.,
AIRBUS HELICOPTERS, INC.,
AIRBUS U.S. SPACE & DEFENSE, INC.,
AIRBUS AMERICAS, INC.,
AIRBUS DEFENCE AND SPACE LTD.,
and AIRBUS ATLANTIC SAS,

Counterclaim-Defendants.

**CONCISE STATEMENT OF FACTS IN SUPPORT OF AIRBUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT (NO. 3) THAT ANACONDA'S RECIPES ARE LICENSED**

1. Anaconda builds the conda-compatible packages included in the Anaconda Distribution using "recipe" files. Ex. 5, 17; D.I. 101 ¶¶ 50-52.

2. A program called conda-build uses the recipe files to generate a conda-compatible package. Ex. 5, 17-18.

3. Anaconda publishes the recipe files used to create almost all the conda-compatible packages included in the Anaconda Distribution in publicly-accessible source code repositories hosted at github.com/AnacondaRecipes, which Anaconda refers to as "feedstocks." D.I. 101 ¶¶ 51 & n.22, 55, 92; Ex. 5, 46.

4. Almost all the feedstock repositories containing the recipe files used to build the conda-compatible packages in the Anaconda Distribution include a BSD-3 clause license. Ex. 1 ¶¶ 143–145; *see* Ex. 5, 46; Ex. 3, 119:3–120:19; Ex. 6, 111:11-22; Ex. 7; Ex. 8, -821.

5. Almost all of the recipe files included in the February 2024 and July 2025 Anaconda Distribution releases were available in Anaconda feedstock repositories that contained an open-source license. Ex. 1 ¶¶ 143.

6. The BSD 3-Clause license states, in pertinent part:

> Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:
>
> 1. Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

3. Neither the name of the copyright holder nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

Ex. 2.

Dated: August 20, 2026

Respectfully submitted,

**FISH & RICHARDSON P.C.**

*/s/ Grayson P. Sundermeir*

Grayson P. Sundermeir (No. 6517)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-5070
sundermeir@fr.com

OF COUNSEL:

Frank E. Scherkenbach (*pro hac vice*)
Adam J. Kessel (*pro hac vice*)
Andrew Pearson (*pro hac vice*)
Alexander M. Pechette (*pro hac vice*)
Kayleigh E. McGlynn (*pro hac vice*)
Daniel H. Wade (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA 02210
Telephone: (617) 542-5070
scherkenbach@fr.com;
kessel@fr.com; pearson@fr.com;
pechette@fr.com; mcglynn@fr.com;
wade@fr.com

C. William Bootle (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
bootle@fr.com

*Attorneys for Plaintiffs-Counterclaim-Defendants Airbus*

**WORD COUNT CERTIFICATION**

The undersigned counsel hereby certifies that the foregoing document contains 272 words, which were counted by using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count includes only the body of the foregoing document. The word count does not include the cover page or the counsel blocks.

Dated: August 20, 2026

*/s/ Grayson P. Sundermeir*
Grayson P. Sundermeir (No. 6517)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I caused the foregoing to be served via electronic mail upon all counsel of record.

*/s/ Grayson P. Sundermeir*
Grayson P. Sundermeir (#6517)